FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 NOV 21 PM 4 08

Leonard T. Kelley
Kelley & Canterbury, LLC.
821 "N" Street, Suite 206
Anchorage, Alaska 99501
Tel: (907) 276-8185
Fax: (907) 279-3829

Attorney for the Plaintiff
Alaska Bar No. 7605039

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

JERRY MANN, )
)
Plaintiff, )
)
v. )
)
HARTFORD INSURANCE )
COMPANY OF THE MIDWEST, )
)
Defendant. )
_____ ) Case No. A05-0038 CV (RRB)

## MOTION AND MEMORANDUM TO PUBLISH THE DEPOSITION OF PATTON AND ORDER

COMES NOW the plaintiff, Jerry Mann, by and through his counsel of record, and

hereby moves to publish the deposition of William Patton.

The deposition of Hartford's employee, William Patton, was taken on 10/19/05. A

copy of the deposition and exhibits are attached to Plaintiff's Opposition to Defendant's

Motion for Summary Judgment and Plaintiff's Memorandum in Support of Plaintiff's Cross-

Motion for Summary Judgment as Exhibit A.

Dated: November 21, 2005

Leonard T. Kelley – AK Bar No. 7605039
Attorney for Plaintiff

Kelley & Canterbury, LLC
821 N Street, Suite 206
Anchorage, AK 99501
(907) 276-8185

## ORDER

IT IS SO ORDERED.

Entered this 27 day of _December_ , 2005.

Hon. Ralph N. Beistline
U.S. District Court Judge

_Certificate of Service_
I hereby certify that a true and correct copy of
the foregoing was served by mail on 11/21/05
to Peter J. Maassen.

BY: _____

A05-0038--CV (RRB)
----------------------------------------------
L. KELLEY
P. MAASSEN
12/28/05

Kelley & Canterbury, LLC
821 N Street, Suite 206
Anchorage, AK 99501
(907) 276-8185