```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A05-0038--CV (RRB)
                     "JERRY MANN V HARTFORD INS CO OF THE MIDWEST"

                 Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 02/23/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (110) Insurance

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 02/23/05 receipt # 00125134
          Trial by: Court
```

Parties of Record:                              Counsel of Record:

PLF 1.1          MANN, JERRY                    Leonard T. Kelley
                                                Kelley & Canterbury
                                                821 N Street, Suite 206
                                                Anchorage, AK 99501
                                                907-276-8185
                                                FAX 907-279-3829

DEF 1.1          HARTFORD INSURANCE CO OF THE   Peter J. Maassen
                 MIDWEST                        Ingaldson Maassen
                                                813 W. 3rd Avenue
                                                Anchorage, AK 99501-2001
                                                907-258-8750
                                                FAX 907-258-8751

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0038--CV (RRB)
                            "JERRY MANN V HARTFORD INS CO OF THE MIDWEST"

                                          For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
            Filed: 02/23/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (110) Insurance

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 02/23/05 receipt # 00125134
         Trial by: Court


 Document #   Filed       Docket text

    1 -  1    02/23/05    DEF 1 Notice of Removal from Alaska Superior Court case number
                          3AN-04-12746 w/att exhs.

    2 -  1    02/23/05    RRB Minute Order to Petitioner Subsequent to Removal.  Petitioner to
                          file w/i 10 days of the date of this order w/ the court copies of svc
                          list and state court docs. cc: cnsl

    3 -  1    03/07/05    DEF 1 Notice of superior crt docs w/att docs.

    3 -  2    03/07/05    DEF 1 Service List.

    4 -  1    03/16/05    DEF 1 motion to dismiss (Rule 12(B)(6) w/att exhs.

    5 -  1    03/21/05    PLF 1 Stipulation for extension of time until 4/8/05 to file opposition
                          to the motion to dismiss.

    5 -  2    03/22/05    Order granting stipulation for extension of time until 4/8/05 to file
                          opposition to the motion to dismiss (5-1). cc: cnsl

    6 -  1    04/05/05    DEF 1 Stipulation for extension of time to suspend briefing on
                          defendant's motion to dismissed until such time as counsel for def
                          notified counsel for plf that brfng should continue, a which plf shall
                          have five days in which to file any oppo.

    6 -  2    04/07/05    RRB Order granting stipulation for extension of time to suspend briefing
                          on defendant's mot to dism until such time as cnsl for def notifies plf
                          cnsl that brfng should continue, at which point plf shall have five days
                          to file any oppo (6-1). cc: cnsl

    7 -  1    05/18/05    DEF 1 Notice of withdrawal of motion to dismiss.

    7 -  2    05/19/05    Clerk's Notice withdrawing motion to dismiss (Rule 12(B)(6) (4-1).

    8 -  1    05/19/05    DEF 1 Answer to Amended Complaint before answer.

    9 -  1    05/20/05    RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                          due w/i 28 days from svc of this ord. cc: cnsl
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0038--CV (RRB)
                      "JERRY MANN V HARTFORD INS CO OF THE MIDWEST"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 10 - 1 | 06/01/05 | DEF 1 Corporate Disclosure Statement. |
| 11 - 1 | 06/10/05 | PLF 1; DEF 1 S & P Planning Report. |
| 12 - 1 | 06/16/05 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 11/01/05; Dispositive motions deadline 12/02/05; Estimate of trial 5 days; TBC. cc: cnsl |
| 13 - 1 | 07/15/05 | DEF 1 Preliminary Witness List. |
| 14 - 1 | 09/02/05 | DEF 1 motion for summary judgment w/att exhs. |
| 15 - 1 | 09/21/05 | DEF 1 Stipulation for extension of time until 10/21/05 to file opposition to plaintiff's motion for sj. |
| 15 - 2 | 09/21/05 | RRB Order granting stipulation for extension of time until 10/21/05 to file opposition to plf's mot for sj (15-1). cc: cnsl |
| 16 - 1 | 10/21/05 | DEF 1 Stipulation for extension of time until the COB 11/20/05 for plaintiff to file oppo to def's motion for sj. |
| 16 - 2 | 10/24/05 | Order granting stipulation for extension of time until the COB 11/20/05 for plaintiff to file oppo to def's motion for sj (16-1). cc: cnsl |
| 17 - 1 | 11/01/05 | DEF 1 Final Witness List. |
| 18 - 1 | 11/21/05 | PLF 1 opposition to DEF 1 motion for summary judgment (14-1) w/att exhs. |
| 18 - 2 | 11/21/05 | PLF 1 motion cross for summary judgment w/att exhs. |
| 19 - 1 | 11/21/05 | PLF 1 motion & memo to publish the deposition of Patton. |
| 20 - 1 | 11/21/05 | PLF 1 motion cross for summary judgment re coverage. |
| 21 - 1 | 11/21/05 | PLF 1 Statement of genuine issues of fact. |
| 22 - 1 | 11/21/05 | PLF 1 Request for Oral Argument re: DEF 1 mot for sj (14-1), PLF 1 mot (cross) for sj (18-2), PLF 1 mot (cross) for sj re coverage (20-1). |