```
FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 NOV 30 PM 3: 29
```

Peter J. Maassen
ABA No. 8106032
Ingaldson, Maassen & Fitzgerald, P.C.
813 West Third Avenue
Anchorage, AK 99501
(907) 258-8750
(907) 258-8751/Fax

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY MANN,<br><br>        Plaintiff,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST,<br><br>        Defendants. | No. A05-0038 CIV (RRB)<br><br>**STIPULATION FOR EXTENSION OF TIME** |

### STIPULATION FOR EXTENSION OF TIME

The parties, through counsel, stipulate and agree that Defendant, the Hartford Company of the Midwest, may have until the close of business on December 15, 2005, in which to file a combined reply in support of its Motion for Summary Judgment

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*HARTFORD ADV. MANN*
*Case No.:* No. A05-0038 CIV (RRB)
STIPULATION FOR EXTENSION OF TIME
Page 1 of 3

23

and Opposition to Plaintiff Jerry Mann's Cross-Motion for Summary Judgment Regarding Coverage, dated November 21, 2005.

DATED: *Nov 30, 2005*

        INGALDSON MAASSEN & FITZGERALD, P.C.
        Attorneys for Defendant

By: _____
    Peter J. Maassen
    ABA No. 8106032

DATED: *November 30, 2005*

        KELLEY & CANTERBURY
        Attorneys for Plaintiff

By: _____
    Leonard T. Kelley
    ABA No. 7605039

## ORDER

IT IS SO ORDERED.

DATED this ___ day of _____, 2005.

**FILED**
DEC 0 1 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ RD _____ Dep

_____
JUDGE RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

*This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof*
CLERK OF COURT
Date: 12-1-05  By: _Patricia Benett_
                      Deputy Clerk

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on 30 day of November, 2005, a copy of the foregoing was sent to the following via: PD 12-1-05

*HARTFORD ADV. MANN*
*Case No.:* No. A05-0038 CIV (RRB)
STIPULATION FOR EXTENSION OF TIME
Page 2 of 3

A05-0038--CV (RRB)
----------------------------------
L. KELLEY
P. MAASSEN

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751