FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 14 PM 3: 31

Peter J. Maassen, ABA No. 8106032
INGALDSON, MAASSEN & FITZGERALD, P.C.
813 W. 3rd Avenue
Anchorage, AK  99501-2001
Phone:    (907) 258-8750
Fax:      (907) 258-8751

Attorneys for defendant
Hartford Insurance Company of the Midwest

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| JERRY MANN, | No. A05-0038 CIV (RRB) |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME** |
| v. | |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, | |
| Defendants. | |

The parties, through counsel, stipulate and agree that Defendant Hartford Insurance Company of the Midwest may have until the close of business on Friday, January 6, 2006, in which to file any combined reply in support of its Motion for

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*HARTFORD ADV. MANN*
No. A05-0038 CIV (RRB)
STIPULATION FOR EXTENSION OF TIME
Page 1 of 3

24

Summary Judgment and opposition to Plaintiff's Cross-Motion for Summary Judgment Regarding Coverage, dated November 21, 2005.

DATED:  Dec. 14, 2005

       INGALDSON, MAASSEN &
       FITZGERALD, P.C.
       Attorneys for Defendant, Hartford
       Insurance Company of the Midwest

DATED: 12/14/05

       By: _____
       Peter J. Maassen
       ABA No. 8106032

       KELLEY & CANTERBURY
       Attorneys for Plaintiff

       By: _____
       Leonard T. Kelley
       ABA No. 7605039

**ORDER**

IT IS SO ORDERED.

DATED: _____

_____
JUDGE RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

FILED
DEC 15 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ PD

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof.
CLERK OF COURT
Date: 12-15-05 by: [signature]
PD 12.15.05
Deputy Clerk

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on 14 day of December, 2005, a copy of the foregoing was sent to the following via:

[ ] U.S. mail, first class, postage prepaid

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

HARTFORD ADV. MANN
No. A05-0038 CIV (RRB)
STIPULATION FOR EXTENSION OF TIME
Page 2 of 3

[X] Hand-delivery
[ ] Fax
[ ] Federal Express

Leonard T. Kelley, Esq.
821 N Street, Suite 206
Anchorage, AK 99501

*Melissa M[signature]*

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*HARTFORD ADV. MANN*
No. A05-0038 CIV (RRB)
STIPULATION FOR EXTENSION OF TIME