Peter J. Maassen, ABA No. 8106032
INGALDSON, MAASSEN & FITZGERALD, P.C.
813 W. 3rd Avenue
Anchorage, AK  99501-2001
Phone:   (907) 258-8750
Fax:     (907) 258-8751

Attorneys for defendant, Hartford
Insurance Company of the Midwest

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY MANN,<br><br>        Plaintiff,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST,<br><br>        Defendants. | No. A05-0038 CIV (RRB)<br><br>**STIPULATED CONFIDENTIALITY ORDER** |

It is hereby stipulated by the parties and ordered by the court that the following provisions shall govern claims of confidentiality in these proceedings.

1. Discovery material that a producing party considers proprietary or confidential information may be designated "Confidential."

2. The parties and their counsel shall treat all such discovery material as "Confidential Information," as provided further in this order.

3.  Discovery material shall be designated as "Confidential" by placing the word "Confidential" on each page of any such document prior to its production or by providing with the production a list of the Bates numbers of any documents the party wishes to be so designated.

4.  Unless and until otherwise ordered by the court, and except as otherwise provided by this Confidentiality Order, Confidential Information shall be retained as confidential by the parties and their counsel and shall be shown, made available, transmitted, disseminated, or communicated only to the following persons, and only for purposes of this litigation:

    (a) Counsel for the parties to the litigation, including in-house counsel, co-counsel, and employees of counsel employed in connection with preparation for and trial of this litigation;

    (b) Experts and consultants, retained to furnish technical or expert services or give testimony in connection with this litigation, including independent experts and consultants, employees of parties herein designated by said parties as experts or consultants, and employees or clerical assistants of said experts or

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

      consultants performing work in connection with this litigation, but only upon their agreement to maintain confidentiality of the information as provided by this order;

(c)  Witnesses or prospective witnesses, to prepare for or give testimony in this litigation or to assist counsel in performing work in connection with this litigation, but only upon their agreement to maintain the confidentiality of the information as provided by this order; and

(d)  A party, a party's officers, authorized representatives or employees with management responsibility for the prosecution, defense or settlement of this litigation, but only upon their agreement to maintain the confidentiality of the information as provided by this order.

(5) If any party uses Confidential Information at a deposition, the portions of the deposition dealing with the Confidential Information shall be sealed unless the parties otherwise agree. With respect to pre-trial motions and proceedings, if any party wishes to attach to its motion papers, or otherwise submit to the court, another party's Confidential Information, such papers or submissions shall be

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*HARTFORD ADV. MANN*
No. A05-0038 CIV (RRB)
STIPULATED CONFIDENTIALITY ORDER

filed in a sealed envelope, kept under seal, and not disclosed to any person, other than as permitted by this Confidentiality Order, unless ordered by the court.

(6) Subject to the Rules of Evidence, Confidential Information may be offered at trial or any court hearing upon reasonable notice of the intention to do so or with the approval of the court. Nothing in this Confidentiality Order shall prohibit or waive any party's right to seek the court's protection of Confidential Information from public disclosure at trial or otherwise.

(7) The parties, through counsel, may agree to depart from or vary the terms of this Confidentiality Order with regard to particular discovery material for the sake of convenience, comity, or otherwise. Such agreement shall not constitute a waiver of the provisions of this Confidentiality Order with regard to any other discovery material.

(8) Within sixty (60) days of the entry of a final, non-appealable order or other termination of the above-captioned case, each party shall return all Confidential Information, including all copies thereof in the possession, custody, or control of any of those persons authorized to see such information under paragraph (4), above, to counsel for the party that produced the Confidential Information.

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

HARTFORD ADV. MANN
No. A05-0038 CIV (RRB)
STIPULATED CONFIDENTIALITY ORDER
Page 4 of 6

(9) Nothing in this Confidentiality Order shall impose any restriction on any party's use or storage of its own Confidential Information.

(10) The foregoing is subject to any party's right to seek a determination by the court of whether designated discovery material legitimately constitutes "Confidential Information."

DATED: Dec. 5, 2005

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant, Hartford
Insurance Company of the Midwest

By: _____
Peter J. Maassen
ABA No. 8106032

DATED: 12/8/05

KELLEY & CANTERBURY
Attorneys for Plaintiff

By: _____
Leonard T. Kelley
ABA No. 7605039

**ORDER**

IT IS SO ORDERED.

DATED: 12/16/05

_____
JUDGE RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

HARTFORD ADV. MANN
No. A05-0038 CIV (RRB)
STIPULATED CONFIDENTIALITY ORDER
Page 5 of 6