```
 1              IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
 2                 THIRD JUDICIAL DISTRICT AT ANCHORAGE
 3   JERRY MANN,                    )
                                    )
 4              Plaintiff,          )
                                    )
 5       vs.                        )
                                    )
 6   HARTFORD INSURANCE COMPANY OF  )
     THE MIDWEST,                   )
 7                                  )
                Defendant.          )
 8   _____)
     Case No. 3AN-04-12746 CI
 9

10            TELEPHONIC DEPOSITION OF WILLIAM E. PATTON

11   APPEARANCES:
12
        FOR THE PLAINTIFF:        MR. LEONARD T. KELLEY
13                                Kelley & Canterbury
                                  Attorneys at Law
14                                821 N Street
                                  Suite 206
15                                Anchorage, Alaska 99501
                                  (907) 276-8185
16
        FOR THE DEFENDANT:        MR. PETER J. MAASSEN
17                                Ingaldson, Maassen & Fitzgerald
                                  Attorneys at Law
18                                813 West Third Avenue
                                  Anchorage, Alaska 99501
19                                (907) 258-8750
20
21
22
23
24
25
```

R & R COURT REPORTERS
810 N STREET
(907) 277-0572/Fax 274-8982
ANCHORAGE, ALASKA 99501

Exhibit B
Page 1 of 9 Pages

```
 1         PURSUANT TO NOTICE, the Telephonic Deposition of
 2   WILLIAM E. PATTON, was taken on behalf of the Plaintiff, before
 3   William P. Rice, Notary Public in and for the State of Alaska,
 4   and Reporter for R & R Court Reporters, Inc., at the offices of
 5   Kelley & Canterbury, 821 N Street, Suite 206, Anchorage, Alaska
 6   on the 19th day of October, 2005 commencing at the hour of 9:08
 7   o'clock a.m.
 8                          * * * * * *
 9                        TABLE OF CONTENTS
10   Direct Examination by Mr. Kelley                              04
11   EXHIBITS:
12   A - Initial Disclosures of Defendant                          03
     B - Supplemental Initial Disclosures of Defendant             03
13   C - Supplemental Initial Disclosures                          03
     D - Defendant's Responses to First Discovery Request          03
14   E - Letter AARP Insurance Program, 1/14/04                    03
     F - Affidavit of William E. Patton                            03
15   G - Exhibit A                                                 03
     H - Exhibit B                                                 03
16   I - Declarations                                              03
     J - Printout from customer service file                       34
17                          * * * * * *
18
19
20
21
22
23
24
25
```

R & R COURT REPORTERS
810 N STREET
(907) 277-0572/Fax 274-8982
ANCHORAGE, ALASKA 99501

Exhibit B
Page 2 of 9 Pages

3

```
 1                    P R O C E E D I N G S
 2           (On record)
 3                    (Deposition Exhibits A through I marked)
 4           COURT REPORTER:  On the record.  The time is
 5   approximately 9:08 a.m., today is October 19th, 2005.  We're at
 6   the offices of Kelley & Canterbury, at 821 N Street for the
 7   deposition of Bill Patton, taken on behalf of the Plaintiff in
 8   the Superior Court case Jerry Mann versus Hartford Insurance
 9   Company of the Midwest.  Case No. 3AN-04-12746.  My name is
10   Bill Rice, I'm a Court Reporter for R & R Court Reporters at
11   810 N Street and a Notary Public for the State of Alaska.
12           Sir, would you raise your right hand, please?
13           MR. PATTON:  Yes, it's raised.
14           (Oath administered)
15           MR. PATTON:  Yes, I do.
16                    WILLIAM E. PATTON
17   having been first duly sworn under Oath, testified
18   telephonically as follows on:
19                    DIRECT EXAMINATION
20           COURT REPORTER:  Will you state your full name
21   for the record, please, and spell your last?
22   A       William Eugene Patton, P-a-t-t-o-n.
23           COURT REPORTER:  Do you have a telephone number
24   where you can be reached during the daytime?
25   A       Yes, area code 860-547-6787.
```

R & R COURT REPORTERS
810 N STREET
(907) 277-0572/Fax 274-8982
ANCHORAGE, ALASKA 99501

Exhibit B
Page 3 of 9 Pages

47

|   |   |   |
|---|---|---|
| 1 |   | make sense to you?  In other words I call you up and |
| 2 |   | I'm talking to the Hartford people on the phone and I |
| 3 |   | say hey, I don't want the UM/UIM coverage. |
| 4 | A | Yes, continue. |
| 5 | Q | What do you do next? |
| 6 | A | You -- the customer service representative would notate |
| 7 |   | that conversation in the file similar to the format |
| 8 |   | that we reviewed and then advise the customer yes, we |
| 9 |   | can certainly make that change, but would -- we'll be |
| 10 |   | sending you a supplemental form for you to review, |
| 11 |   | confirm the change and sign it.  And once that's been |
| 12 |   | received back the changes will be made. |
| 13 | Q | Okay.  And would one of those forms be similar to the |
| 14 |   | one on Exhibit D, IMF 204? |
| 15 | A | I'm going back to that form? |
| 16 | Q | Yes, please.  Yes, please, IMF 204 on Exhibit D? |
| 17 | A | IMF 204 is a duplication of the form sent out with new |
| 18 |   | business to confirm their selection.  IMF 208 is what |
| 19 |   | would be sent out to confirm their change in coverage. |
| 20 | Q | What I'm asking you is is on IMF 204, is everything on |
| 21 |   | there, the printed words, are they words printed by |
| 22 |   | Hartford? |
| 23 | A | Printed by the Hartford's computer system based on what |
| 24 |   | the representative enters into the system. |
| 25 | Q | Okay.  And do we have anything in the Hartford's |

R & R  COURT  REPORTERS

810 N STREET
(907) 277-0572/Fax 274-8982

ANCHORAGE, ALASKA  99501

Exhibit B
Page 4 of 9 Pages

48

```
 1        records which would show us what the representative --
 2        who the -- one, is who was the representative was and
 3        two, what the representative printed into the system?
 4   A    (Indiscernible) the record of who the representative
 5        was who took the initial call and issued the
 6        application for the (indiscernible) for Mr. Mann.
 7   Q    Did you say -- you gave us the name of that person?
 8   A    No, I've not given it to you.
 9   Q    We -- I think we missed the first part of your answer
10        though, did you say you do have that or you don't have
11        that?
12   A    (Indiscernible) have that.
13   Q    We missed it again?
14   A    I do have that.
15   Q    Okay.  Okay.  And who is that?
16   A    I did not bring that with me, I don't have that name
17        with me, but I do have it in my office.
18   Q    Does that person still work for the Hartford?
19   A    No.
20   Q    Did you contact that person to see if that person had
21        any specific recollection of the Mann matter?
22   A    No.
23   Q    Was her first name Carol?
24   A    I don't recall.
25   Q    Okay.  Now back to the words that are on that form, IMF
```

R & R COURT REPORTERS
810 N STREET
(907) 277-0572/Fax 274-8982
ANCHORAGE, ALASKA 99501

Exhibit B
Page 5 of 9 Pages