JERRY W. MANN  12/8/2005  MANN v. HARTFORD INS.
Vol. 1  A05-0038 Civil

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF ALASKA
 3   JERRY MANN,                    )
                                    )
 4              Plaintiff,          )
                                    )
 5   v.                             )
                                    )
 6   HARTFORD INSURANCE COMPANY OF  )
     THE MIDWEST,                   )
 7                                  )
                Defendant.          )
 8   _____)
     Case No. A05-0038 (RRB)
 9
                  DEPOSITION OF JERRY W. MANN
10
                        December 8, 2005
11
     APPEARANCES:
12
        FOR THE PLAINTIFF:      MR. LEONARD T. KELLEY
13                              Kelley and Canterbury
                                Attorneys at Law
14                              821 N Street, Suite 206
                                Anchorage, Alaska 99501
15                              (907) 276-8185
16      FOR THE DEFENDANT:      MR. PETER J. MAASSEN
                                Ingaldson, Maassen & Fitzgerald
17                              Attorneys at Law
                                813 West 3rd Avenue
18                              Anchorage, Alaska  99501
                                (907) 258-8751
19
20
21
22
23
24
25
```

Exhibit C
Page 1 of 26 Pages

JERRY W. MANN              12/8/2005              MANN v. HARTFORD INS.
Vol. 1                                                   A05-0038 Civil

Page 2

1                    TABLE OF CONTENTS

2        Direct Examination by Mr. Maassen              04

3        Cross Examination by Mr. Kelley                44

4    EXHIBITS MARKED:

5    A - Hartford's First Discovery Requests to Plaintiff    12

6    B - Supplemental Application                      21

7    C - Affidavit                                     27

8    D - Change Section RE: UIM Coverage page           40

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit C
Page 2 of 90 Pages

Computer Matrix, LLC          Phone - 907-243-0668          jpk@gci.net
310 K Street, Suite 200       Fax    907-243-1473           sahile@gci.net

JERRY W. MANN                        12/8/2005                    MANN v. HARTFORD INS.
Vol. 1                                                                      A05-0038 Civil

Page 3

```
 1                      P R O C E E D I N G S
 2                  (Anchorage, Alaska - 12/8/2005)
 3        (On record)
 4        REPORTER:  My name is Salena Hile, Notary Public in the
 5   state of Alaska and court reporter for Computer Matrix Court
 6   Reporters whose business address is 310 K Street, Suite 200,
 7   Anchorage, Alaska.  This is the first tape in the audiotape
 8   deposition of Jerry Mann taken pursuant to notice by the
 9   defendant.  The case is in the United States District Court for
10   the District of Alaska, case number A05-0038, Mann versus
11   Hartford.  Today is December 8, 2005 and the time scheduled for
12   deposition is 1:30 p.m.  We are at the offices of Ingaldson,
13   Maassen & Fitzgerald located at 813 West 3rd Avenue, Anchorage,
14   Alaska.
15        (Off record)
16        (On record)
17        REPORTER:  Counselors, please identify yourselves for the
18   record and who you represent starting with the plaintiff's
19   attorney.
20        MR. KELLEY:  Len Kelley for Mr. Mann.
21        MR. MAASSEN:  Peter Maassen for the defendant.
22        REPORTER:  All right, thank you.  Mr. Mann, can you please
23   raise your right hand.
24        (Oath administered)
25        MR. MANN:  I do.
```

Computer Matrix, LLC                Phone - 907-243-0668    Exhibit C              jpk@gci.net
310 K Street, Suite 200             Fax    907-243-1473    Page 3 of 76 Pages     sahile@gci.net

```
 1      REPORTER:  Thank you.
 2                     JERRY W. MANN
 3  having first been duly sworn under oath, testified as follows
 4  on:
 5                    DIRECT EXAMINATION
 6      REPORTER:  Please state your full name for the record and
 7  spell your last name for me.
 8  A   Jerry Wren, W-R-E-N, Mann, M-A-N-N.
 9      REPORTER:  And a mailing address, please.
10  A   P.O. Box 241765 Anchorage  99524.
11      REPORTER:  And how about a daytime telephone number or a
12  message phone where you could be contacted.
13  A   522-9669.
14      REPORTER:  All right, thank you.  Okay, Mr. Maassen.
15  BY MR. MAASSEN:
16  Q   Mr. Mann, have you ever had your deposition taken before?
17  A   Yes.
18  Q   On what occasion?
19  A   Relating to the accident I had.
20  Q   Okay.  The accident in 2004 that was, or 2003?
21  A   2003, I think, yeah.
22  Q   Okay.  Was it taken just once in that case?
23  A   Yeah.
24  Q   Do you recall the name of the lawyer who took your
25      deposition?
```

Exhibit C
Page 4 of 26 Pages

JERRY W. MANN  12/8/2005  MANN v. HARTFORD INS.
Vol. 1  A05-0038 Civil

Page 6

```
 1   Q    There was a trial in that case?
 2   A    Yes.
 3   Q    And that was how many years ago?
 4   A    I don't recall, it was in the early '90s, I think.
 5   Q    Were you represented by a lawyer in that proceeding?
 6   A    Yes.
 7   Q    And how did it turn out for you?
 8   A    I won.
 9   Q    I can't help but notice that you have an oxygen apparatus
10        on, can you tell me what the purpose of that is?
11   A    To help my breathing.
12   Q    Okay.  Are you taking any medications today that you think
13        might affect your ability to understand the questions that
14        I ask?
15   A    I take -- take valium and Prednisone.
16   Q    Do you think any of those medications might affect your
17        ability to understand my questions and to answer
18        truthfully?
19   A    I don't know about truthfully but I have trouble
20        remembering details.
21   Q    Okay.  If, at any point during this process you have
22        trouble understanding what I'm asking you, please don't
23        hesitate to tell me.....
24   A    Okay.
25   Q    .....so that we can make sure we're on the same wave
```

Computer Matrix, LLC  Phone - 907-243-0668  Exhibit C  jpk@gci.net
310 K Street, Suite 200  Fax    907-243-1473  Page 5 of 26 Pages  sahile@gci.net