JERRY W. MANN
Vol. 1

12/8/2005

MANN v. HARTFORD INS.
A05-0038 Civil

Page 11

1        MR. MAASSEN:   Yeah.

2        MR. KELLEY:   I'm not -- in other words, if you want to

3    talk to him later on down the road, if we do an arbitration,

4    fine.

5        MR. MAASSEN:   Okay, that's what I thought.

6    Q    What we're mostly here to talk about is insurance

7         coverage, as you probably know, since I represent The

8         Hartford.   You gave us -- oh, I guess I should ask first.

9         You had some health problems before the accident in 2003;

10        is that fair to say?

11   A    What, you mean my lungs?

12   Q    Yeah.   Just in general?

13   A    Yes.

14   Q    Okay.

15   A    Just my lungs.

16   Q    And what is the lung condition that you're suffering from?

17   A    Emphysema.

18   Q    And how long have you suffered from that?

19   A    Seven or eight years, probably.

20   Q    And did the accident, did that have an effect on the

21        emphysema, did it aggravate your emphysema?

22   A    It didn't aggravate it as such, it just -- well, it did at

23        the time because my lungs were bleeding.   I had quite a

24        bit of bleeding to my lungs.   And had a lot of chest

25        pains, ribs and everything, bruised.

Computer Matrix, LLC
310 K Street, Suite 200

Phone - 907-243-0668
Fax    907-243-1473

Exhibit  C
Page  6  of 26  Pages

jpk@gci.net
sahile@gci.net

JERRY W. MANN                    12/8/2005                    MANN v. HARTFORD INS.
Vol. 1                                                        A05-0038 Civil

Page 12

```
 1   Q    Okay.  I'm going to make a couple of documents exhibits

 2        here, the first one is some discovery responses.

 3        MR. MAASSEN:  If you could mark that as the first exhibit,

 4   please.

 5        REPORTER:  Okay, do you want A?

 6        MR. MAASSEN:  Sure, whatever works for you.

 7        REPORTER:  Okay, A.

 8                                  (Deposition Exhibit A marked)

 9   Q    I'm showing you a document that's marked as Exhibit A.

10   A    I didn't bring my glasses, I'm going to have trouble

11        reading this.

12   Q    Would it help if I loaned you mine, they're just the

13        Barnes & Noble off the shelf reading glasses?

14   A    I can try.

15   Q    Okay.  I'll try to get along without them, does that help?

16   A    Yes, uh-huh.

17   Q    Good.  Extra charge for that.

18        (Laughter)

19   Q    If you'll look at Page 6, please, it's the signature page,

20        and that's your signature that appears more less in the

21        middle of the page, isn't it?

22   A    Yes, uh-huh.

23   Q    Do you recall reviewing these and signing them within the

24        last month or so?

25   A    No.
```

Exhibit  a
Page  7  of  26  Pages

Computer Matrix, LLC
310 K Street, Suite 200

Phone - 907-243-0668
Fax     907-243-1473

jpk@gci.net
sahile@gci.net

Page 13

1   Q    No, you don't.  Do you have any doubt that you did so?

2   A    Yes, I'm -- that's my signature.

3   Q    Okay.  So can we reasonably assume that these answers are

4        ones that you reviewed and signed within the last month or

5        so?

6   A    Which -- which answers?

7   Q    I'm sorry, this document is entitled responses to

8        defendant Hartford's First Discovery Requests to

9        Plaintiff, and these are what are represented to be your

10       answers to questions that I asked you through your

11       Counsel.  And do you have any question as to whether or

12       not these really are your answers to those discovery

13       requests?

14  A    If my attorney says they are, they are.

15  Q    Okay.  Well, we'll.....

16       MR. KELLEY:  You have to understand, this is not my

17  deposition.

18  A    Okay.

19       MR. KELLEY:  It is your deposition so.....

20  Q    We'll just hit the specifics that I need to get to

21       and.....

22  A    Okay.

23  Q    .....I'll skip over the.....

24  A    I apologize but I have trouble remembering things.

25  Q    No, that's okay, it's quite all right.

Exhibit C
Page 8 of 24 Pages

JERRY W. MANN                          12/8/2005                    MANN v. HARTFORD INS.
Vol. 1                                                             A05-0038 Civil

Page 14

1          MR. KELLEY:    No, problem, Jerry, but this is your

2     deposition.

3     A    Okay.  Okay.

4     Q    If you look at Page 2, please.

5     A    Yes.

6     Q    And interrogatory, the one toward the bottom there, it

7          says, identify the insurance carriers other than Hartford

8          with whom you and/or your wife had automobile liability

9          insurance from 1990 through the present.  And then could

10         you just take the time to read to yourself the answer

11         given there.

12    A    Is that all of it?

13    Q    Yeah, that's all of it, it doesn't go on to the next page.

14    A    Okay.  Okay.

15    Q    Does that seem accurate to the best of your recollection?

16    A    Yes, uh-huh.

17    Q    Okay.  So when you were married in 1990 you were listed on

18         your wife's policy?

19    A    Yes.

20    Q    And you don't recall the name of that policy?

21    A    No.  No.

22    Q    Do you recall whether you had uninsured motorist's

23         coverage under that policy?

24    A    No.

25    Q    Do you recall why you changed from that company to

Computer Matrix, LLC                Phone - 907-243-0668                    jpk@gci.net
310 K Street, Suite 200             Fax    907-243-1473      Page ___ of ___ Pages   sahile@gci.net
                                                             Exhibit ___

Page 15

```
 1          whatever the next one was, Progressive?

 2     A    Cheaper.

 3     Q    Okay.  Other than cost, do you remember any

 4          dissatisfaction with the coverage that you had with the

 5          first company that's listed here?

 6     A    No.

 7     Q    And it says that you switched to Progressive in May of '97

 8          and had them for a year, and you don't recall whether you

 9          had uninsured motorist's coverage with Progressive; is

10          that correct?

11     A    No, I don't know.

12     Q    Okay.

13     A    I assume I did but I don't remember.

14     Q    Do you recall, again, why you changed from Progressive to

15          GEICO after a year with Progressive?

16     A    Because they had a better price.

17     Q    Okay.  So other than cost, again, you don't recall any

18          dissatisfaction.....

19     A    No.

20     Q    .....with the.....

21     A    No.

22     Q    .....GEICO coverage.....

23     A    No.

24     Q    .....I mean with the Progressive coverage?

25     A    No.
```

Computer Matrix, LLC
310 K Street, Suite 200                Phone - 907-243-0668        jpk@gci.net
                                       Fax    907-243-1473    Page __12__ of __26__ Pages   sahile@gci.net
                                                             Exhibit __C__