Peter J. Maassen, ABA No. 8106032
INGALDSON, MAASSEN & FITZGERALD, P.C.
813 W. 3rd Avenue
Anchorage, AK  99501-2001
Phone:    (907) 258-8750
Fax:      (907) 258-8751
Email:    peter@impc-law.com

Attorneys for defendant, Hartford Insurance Company of the Midwest

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| JERRY MANN, | No. A05-0038 CIV (RRB) |
|---|---|
| Plaintiff, | **"ERRATA" TO DEFENDANT HARTFORD'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, | |
| Defendants. | |

On Friday, January 6, 2006, as stipulated by the parties and approved by the court by order dated December 15, 2005, Defendant Hartford Insurance Company of the Midwest ("Hartford") timely filed a pleading entitled "Defendant Hartford's Combined Reply to Opposition to Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment." The clerk's office has informed counsel for Hartford that somewhere in the rules or the electronic filing procedures is a prohibition against combining the arguments of a reply and an

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

opposition in a single pleading. Though still uncertain as to the nature of its error, Hartford files this "Errata" which notes the following two changes:

1. The aptly named "Defendant Hartford's Combined Reply to Opposition to Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment" is refiled under the incomplete but hopefully acceptable name "Defendant Hartford's Opposition to Cross-Motion for Summary Judgment."

2. A second pleading, titled "Defendant Hartford's Reply to Opposition to Motion for Summary Judgment," is also filed, noting that the substantive arguments that would be made in a Reply are the same as those made in the Opposition.

DATED:    January 6, 2006

> s/Peter J. Maassen
> ABA No.   8106032
> INGALDSON, MAASSEN &
> FITZGERALD, P.C.
> Attorneys for defendant, Hartford
> Insurance Company of the Midwest
> 813 W. 3rd Avenue
> Anchorage, AK  99501
> Phone:    (907) 258-8750
> Fax:      (907) 258-8751
> Email:    peter@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2006, a copy of the foregoing "ERRATA" TO DEFENDANT HARTFORD'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT  was served electronically on:

Leonard T. Kelley, Esq.

*HARTFORD ADV. MANN*
No. A05-0038 CIV (RRB)
"ERRATA" TO DEFENDANT HARTFORD'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

821 N Street, Suite 206  
Anchorage, AK   99501

s/Peter J. Maassen

**INGALDSON,**  
**MAASSEN &**  
**FITZGERALD, P.C.**  
Lawyers  
813 W. 3rd Avenue  
Anchorage, Alaska  
99501-2001  
(907) 258-8750  
FAX: (907) 258-8751

*HARTFORD ADV. MANN*  
No. A05-0038 CIV (RRB)  
"ERRATA" TO DEFENDANT HARTFORD'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Page 3 of 3