Peter J. Maassen, ABA No. 8106032
INGALDSON, MAASSEN & FITZGERALD, P.C.
813 W. 3rd Avenue
Anchorage, AK  99501-2001
Phone:    (907) 258-8750
Fax:      (907) 258-8751
Email:    peter@impc-law.com

Attorneys for defendant,
Hartford Insurance Company of the Midwest

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| JERRY MANN,<br><br>     Plaintiff,<br><br>v.<br><br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST,<br><br>     Defendants. | No. A05-0038 CIV (RRB)<br><br>**DEFENDANT HARTFORD'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
|---|---|

The arguments that Hartford Insurance Company of the Midwest ("Hartford") makes in reply to Plaintiff's Opposition to Hartford's Motion for Summary Judgment are the same as those made in Hartford's Opposition to Cross-Motion for Summary

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*HARTFORD ADV. MANN*
No. A05-0038 CIV (RRB)
DEFENDANT HARTFORD'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
Page 1 of 2

Judgment, dated January 9, 2006. Hartford incorporates those arguments by reference in this Reply.[1]

DATED: January 6, 2006

s/Peter J. Maassen
ABA No.   8106032
INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for defendant, Hartford
Insurance Company of the Midwest
813 W. 3rd Avenue
Anchorage, AK  99501
Phone:   (907) 258-8750
Fax:     (907) 258-8751
Email:   peter@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2006, a copy of the foregoing DEFENDANT HARTFORD'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT was served electronically on:

Leonard T. Kelley, Esq.
821 N Street, Suite 206
Anchorage, AK  99501


s/Peter J. Maassen

**INGALDSON, MAASSEN & FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

---

[1] Hartford attempted to file a "Combined Reply to Opposition to Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment" on January 6, 2006, as allowed by the parties' stipulation and the court's order of December 15, 2005, but the clerk's office found the combined format to be unacceptable.

*HARTFORD ADV. MANN*
No. A05-0038 CIV (RRB)
DEFENDANT HARTFORD'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
Page 2 of 2