## INFORMATION ABOUT YOUR INSURANCE HISTORY

The full name of your current auto insurance company: _Geico_     END

Expiration Date: _4-4-01_

Are you insured through an Assigned Risk Plan?     Yes ☐     No ☑

## SIGNATURE AND EFFECTIVE DATE OF POLICY

**Please read and sign:**

Yes, please issue my AARP Automobile Policy. I have read this Application and enclosed coverage explanations. I declare that the information recorded in this document was provided by me and that, to the best of my knowledge and belief, all of the foregoing statements are true. I also declare that these statements are offered as an inducement to the company to issue the policy for which I am applying.

**ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND CIVIL PENALTIES.**

Are you or your spouse an AARP Member?

☒ Yes     ☐ No     If yes, Membership Number   _030107861_

Make coverage effective at 12:01 AM on   _03/31/01_

**Note:** I understand any information I provide which is false or misleading could affect the acceptance or pricing of my policy.

Sign Here     _Jerry W. Mann_     _4-8-01_
Your Signature     Date

Sign Here     Spouse's/Co-owner's Signature (if applicable)     Date

**Please be sure you have also signed page 7 .**

Exhibit _A_
Page _1_ of _8_ Pages

41511230147?

---

### ***CHANGE SECTION***

**Complete only if you wish to change your coverage selections.**

### UNINSURED/UNDERINSURED MOTORISTS COVERAGE

I accept Uninsured/Underinsured Motorists Coverage with the following change
- ☐ $50,000/$100,000
- ☐ $100,000/$200,000
- ☐ $100,000/$300,000
- ☐ $250,000/$500,000
- ☐ $300,000/$500,000
- ☐ $500,000/$500,000
- ☐ $500,000/$1,000,000
- ☐ $1,000,000/$2,000,000

☐ I have read the explanation, and I reject Uninsured/Underinsured Motorists Coverage.

### UNINSURED/UNDERINSURED MOTORISTS PROPERTY DAMAGE COVERAGE

I accept Uninsured/Underinsured Motorists Property Damage with the following change (this limit cannot be greater than your Property Damage Liability limit):
- ☐ $25,000
- ☐ $50,000
- ☐ $100,000

☐ I have read the explanation, and I reject Uninsured/Underinsured Motorists Property Damage Coverage.

☐ I have read the explanation, and I accept the Property Damage feature of Uninsured/Underinsured Motorists Coverage, but reject the Bodily Injury feature.

### COVERAGE FOR DAMAGE TO A RENTAL VEHICLE

I do not carry Comprehensive and Collision Coverage, and would like the following coverage:
- ☑ Include Comprehensive and Collision Coverage for damage to a rental vehicle.
- ☐ Include Collision only coverage for damage to a rental vehicle.
- ☐ Include Comprehensive only coverage for damage to a rental vehicle.
- ☐ I reject Comprehensive and Collision Coverage for damage to a rental vehicle.

**You and your Spouse/Co-owner (if applicable) must sign below to confirm your coverage selections for Uninsured/Underinsured Motorists Coverage, Uninsured/Underinsured Motorists Property Damage Coverage and Coverage for Damage to a Rental Vehcle.**

👉 *Sign Here*  **Your Signature** _Jerry W. Mann_    **Date** _4-8-01_

👉 *Sign Here*  **Spouse's/Co-owner's Signature (if applicable)**    **Date**

**Please be sure you also sign page 8**

Exhibit _A_
Page _2_ of _8_ Pages

## INFORMATION ABOUT YOUR DRIVING HISTORY

In order to properly rate our policies, we order Motor Vehicle and Loss Claim History Reports. Listed below is information provided to us. Please complete the shaded question and other questions if applicable. If you have any questions, please call, toll free, at 1-800-824-8822.

| Name | Date | Incident |
|------|------|----------|
| **Mann,Jerry** | **N/A** | **N/A** |

In the past 5 years, have you or any household member had any accidents, violations, thefts or vandalisms other than what may be listed above? Yes ☐  No ☑  If yes, please give the date(s), the driver(s) and description(s).

_____

_____

_____

Was the driver at-fault?                           Yes ☐   No ☐
Estimate the amount of property damage $_____
Has the damage been repaired?              Yes ☐   No ☐
Was there bodily injury or death?           Yes ☐   No ☐

**We reserve the right to verify information you provided through the state motor vehicle department and/or an independent claim reporting agency. Any future claim information will also be shared with the reporting agency.**

Exhibit _A_
Page _3_ of _8_ Pages

DRIVER INFORMATION

415112501475

Listed below is the driver information you provided to us regarding all the drivers in your household. **Please indicate any changes. Simply cross out the incorrect information, write in the new information and initial the change.** Please complete all shaded questions if appropriate.  If you have any questions, please call, toll free, at **1-800-824-8822.**

| | |
|---|---|
| Driver #1 Name: **Jerry Mann** | Occupation: **Education** |
| Date of Birth: **01/22/44** | Defensive Driver Credit: **No** |
| Marital Status: **S**     Gender: **M** | |
| License Number: **6618924** | |
| State: **AK**   Years licensed in state: *1990* | |
| If less than 3 years | |
| years licensed in another state: ____ | |
| Provide other state and license # _____ | |

Exhibit *A*
Page __*4*__ of *5* Pages