## SUPPLEMENTAL APPLICATION
## YOUR COVERAGE SELECTIONS IN ALASKA

The following describes your selections and coverage options for Uninsured/Underinsured Motorists Coverage and Uninsured/Underinsured Motorists Property Damage Coverage. Please read this section carefully.

### Uninsured/Underinsured Motorists Coverage

Uninsured/Underinsured Motorists Coverage are optional in Alaska. **However, we recommend you include both coverages at limits equal to your Bodily Injury Liability limits.** Your self-protection and that of your passengers should equal the protection you provide others.

Uninsured/Underinsured Motorists Coverage applies to private passenger vehicles. Both cover you, relatives living with you and other people in your car.

Uninsured/Underinsured Motorists Coverage pays benefits for bodily injury, death or property damage caused by: an uninsured driver; a hit-and-run driver; an insured driver whose Bodily Injury Liability limits are inadequate to cover the bodily injury losses incurred.

Uninsured/Underinsured Motorists Coverage includes a Property Damage feature unless you reject it. This feature provides coverage for damage to your property (subject to a $250 deductible) caused by an uninsured or underinsured driver.

| Your Coverage Selections | |
|---|---|
| Your coverage selections are shown below: | |
| Uninsured/Underinsured Motorists Coverage: | **Rejected** |
| Uninsured/Underinsured Motorists Property Damage Coverage: | **Rejected** |
| If you do not sign for Uninsured/Underinsured Motorists Coverage, both will be included in your policy at limits equal to your Bodily Injury Liability limits. If you do not make a selection for the Property Damage feature, it will be included in your policy at the basic limit of $25,000. | |
| In order to confirm the coverage selection shown above, you must sign this form on page 7. Please refer to the following section if you would like to CHANGE you coverage selection. | |

**Please see page 7 for additional coverage selection information.**

Exhibit A
Page 5 of 8

415112501476

**Additional Coverages are Available**

For additional coverage limits and premiums, please call, toll free, at 1-800-824-8822.

Exhibit A
Page 6 of 8 Pages

**Additional Coverages are Available**

## VEHICLE INFORMATION

Listed below is the information you provided us regarding all of the vehicles in your household. **Please indicate any changes below. Simply cross out the incorrect information, write in the new information and initial the change.** Please complete all shaded questions if appropriate. If you have any questions, please call, toll free, at 1-800-824-8822.

```
Vehicle 1: 88 PONT GRAND AM
Current Odometer: 88,000
Annual Mileage: 6,706
Vehicle ID #: 1G2NE54UXJC758448
Registration State: AK
Primary Driver: Jerry Mann
Anti-theft device: No
Use:
   Days per week: 5
   Miles one way: 5
```

```
Vehicle 2: 77 GMC C1500              Pickup, Motorhome, Van: Yes
Current Odometer: 120,000            Customized: No
Annual Mileage: 1,000
Vehicle ID #: TCS447J521591
Registration State: AK
Primary Driver:
Anti-theft device: No
Use: Pleasure
```

Exhibit **A**
Page **7** of **8** Pages

Jerry W. Mann, POLICY NUMBER: 55P11F569115
PFE-54-01 : (Ed. 09/00)                 Count=925                         Page 02

Jerry W. Mann  
P O Box 241765  
Anchorage, AK 99524  
**Reference Number:** 907-522-9669  
**Effective March 31, 2001**
ALASKA AUTOMOBILE INSURANCE  
APPLICATION FOR AARP MEMBERS

**Policy Number:** 55PHF569115  
**Rate Guarantee Date:** 05/29/01

## PLEASE SIGN WHERE INDICATED AND RETURN THIS APPLICATION

Other coverage options available begin on page 6. If you wish to change your coverage, simply **cross out the coverage limit below, write in the new coverage limit and initial the change**. If you wish to make a change to your Uninsured/Underinsured Motorists Coverage, or Uninsured/Underinsured Motorists Property Damage Coverage, we request that you do so beginning on page 6.

| COVERAGES | LIMITS | 88 PONT GRAND AM | 77 GMC C1500 |
|---|---|---|---|
| Bodily Injury<br>If changed initial ____ | 50,000/100,000 | 63.00 | 44.00 |
| Property Damage<br>If changed initial ____ | 25,000 | 79.00 | 55.00 |
| Medical Payments<br>If changed initial ____ | 5,000 | 9.00 | 9.00 |
| **TOTAL BY VEHICLE** | | **$151.00** | **$108.00** |

**Your Total Policy Premium for One Full Year: $259.00**



Exhibit A  
Page 8 of 8 Pages