```
 1              IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
 2                  THIRD JUDICIAL DISTRICT AT ANCHORAGE
 3  JERRY MANN,                    )
                                   )
 4              Plaintiff,         )
                                   )
 5      vs.                        )
                                   )
 6  HARTFORD INSURANCE COMPANY OF  )
    THE MIDWEST,                   )
 7                                 )
                Defendant.         )
 8  _____)
    Case No. 3AN-04-12746 CI
 9
10            TELEPHONIC DEPOSITION OF WILLIAM E. PATTON
11  APPEARANCES:
12      FOR THE PLAINTIFF:        MR. LEONARD T. KELLEY
                                  Kelley & Canterbury
13                                Attorneys at Law
                                  821 N Street
14                                Suite 206
                                  Anchorage, Alaska 99501
15                                (907) 276-8185
16      FOR THE DEFENDANT:        MR. PETER J. MAASSEN
                                  Ingaldson, Maassen & Fitzgerald
17                                Attorneys at Law
                                  813 West Third Avenue
18                                Anchorage, Alaska 99501
                                  (907) 258-8750
19
20
21
22
23
24
25
```

R & R COURT REPORTERS
810 N STREET
(907) 277-0572/Fax 274-8982
ANCHORAGE, ALASKA 99501

Exhibit B
Page 1 of 9 Pages

```
 1        PURSUANT TO NOTICE, the Telephonic Deposition of
 2   WILLIAM E. PATTON, was taken on behalf of the Plaintiff, before
 3   William P. Rice, Notary Public in and for the State of Alaska,
 4   and Reporter for R & R Court Reporters, Inc., at the offices of
 5   Kelley & Canterbury, 821 N Street, Suite 206, Anchorage, Alaska
 6   on the 19th day of October, 2005 commencing at the hour of 9:08
 7   o'clock a.m.
 8                          * * * * * *
 9                        TABLE OF CONTENTS
10   Direct Examination by Mr. Kelley                              04
11   EXHIBITS:
12   A - Initial Disclosures of Defendant                          03
     B - Supplemental Initial Disclosures of Defendant             03
13   C - Supplemental Initial Disclosures                          03
     D - Defendant's Responses to First Discovery Request          03
14   E - Letter AARP Insurance Program, 1/14/04                    03
     F - Affidavit of William E. Patton                            03
15   G - Exhibit A                                                 03
     H - Exhibit B                                                 03
16   I - Declarations                                              03
     J - Printout from customer service file                       34
17                          * * * * * *
18
19
20
21
22
23
24
25
```

R & R COURT REPORTERS
810 N STREET
(907) 277-0572/Fax 274-8982
ANCHORAGE, ALASKA 99501

Exhibit B
Page 2 of 9 Pages

3

## P R O C E E D I N G S

1
2          (On record)
3                    (Deposition Exhibits A through I marked)
4          COURT REPORTER: On the record. The time is
5  approximately 9:08 a.m., today is October 19th, 2005. We're at
6  the offices of Kelley & Canterbury, at 821 N Street for the
7  deposition of Bill Patton, taken on behalf of the Plaintiff in
8  the Superior Court case Jerry Mann versus Hartford Insurance
9  Company of the Midwest. Case No. 3AN-04-12746. My name is
10 Bill Rice, I'm a Court Reporter for R & R Court Reporters at
11 810 N Street and a Notary Public for the State of Alaska.
12         Sir, would you raise your right hand, please?
13         MR. PATTON: Yes, it's raised.
14         (Oath administered)
15         MR. PATTON: Yes, I do.
16                    **WILLIAM E. PATTON**
17 having been first duly sworn under Oath, testified
18 telephonically as follows on:
19                    **DIRECT EXAMINATION**
20         COURT REPORTER: Will you state your full name
21 for the record, please, and spell your last?
22 A     William Eugene Patton, P-a-t-t-o-n.
23         COURT REPORTER: Do you have a telephone number
24 where you can be reached during the daytime?
25 A     Yes, area code 860-547-6787.

R & R COURT REPORTERS
810 N STREET
(907) 277-0572/Fax 274-8982
ANCHORAGE, ALASKA 99501

Exhibit B
Page 3 of 9 Pages

47

```
 1            make sense to you?  In other words I call you up and
 2            I'm talking to the Hartford people on the phone and I
 3            say hey, I don't want the UM/UIM coverage.
 4     A      Yes, continue.
 5     Q      What do you do next?
 6     A      You -- the customer service representative would notate
 7            that conversation in the file similar to the format
 8            that we reviewed and then advise the customer yes, we
 9            can certainly make that change, but would -- we'll be
10            sending you a supplemental form for you to review,
11            confirm the change and sign it.  And once that's been
12            received back the changes will be made.
13     Q      Okay.  And would one of those forms be similar to the
14            one on Exhibit D, IMF 204?
15     A      I'm going back to that form?
16     Q      Yes, please.  Yes, please, IMF 204 on Exhibit D?
17     A      IMF 204 is a duplication of the form sent out with new
18            business to confirm their selection.  IMF 208 is what
19            would be sent out to confirm their change in coverage.
20     Q      What I'm asking you is is on IMF 204, is everything on
21            there, the printed words, are they words printed by
22            Hartford?
23     A      Printed by the Hartford's computer system based on what
24            the representative enters into the system.
25     Q      Okay.  And do we have anything in the Hartford's
```

R & R COURT REPORTERS
810 N STREET
(907) 277-0572/Fax 274-8982
ANCHORAGE, ALASKA 99501

Exhibit B
Page 4 of 9 Pages

|    |   |                                                                    |
|----|---|--------------------------------------------------------------------|
| 1  |   | records which would show us what the representative -- |
| 2  |   | who the -- one, is who was the representative was and |
| 3  |   | two, what the representative printed into the system? |
| 4  | A | (Indiscernible) the record of who the representative |
| 5  |   | was who took the initial call and issued the |
| 6  |   | application for the (indiscernible) for Mr. Mann. |
| 7  | Q | Did you say -- you gave us the name of that person? |
| 8  | A | No, I've not given it to you. |
| 9  | Q | We -- I think we missed the first part of your answer |
| 10 |   | though, did you say you do have that or you don't have |
| 11 |   | that? |
| 12 | A | (Indiscernible) have that. |
| 13 | Q | We missed it again? |
| 14 | A | I do have that. |
| 15 | Q | Okay.  Okay.  And who is that? |
| 16 | A | I did not bring that with me, I don't have that name |
| 17 |   | with me, but I do have it in my office. |
| 18 | Q | Does that person still work for the Hartford? |
| 19 | A | No. |
| 20 | Q | Did you contact that person to see if that person had |
| 21 |   | any specific recollection of the Mann matter? |
| 22 | A | No. |
| 23 | Q | Was her first name Carol? |
| 24 | A | I don't recall. |
| 25 | Q | Okay.  Now back to the words that are on that form, IMF |

R & R COURT REPORTERS
810 N STREET
(907) 277-0572/Fax 274-8982
ANCHORAGE, ALASKA 99501

Exhibit B
Page 5 of 9 Pages