64

| | | |
|---|---|---|
| 1 | A | No, it's not required. The application is a document |
| 2 | | that must be reviewed, completed and signed and sent |
| 3 | | back to the Hartford by a customer in order to issue a |
| 4 | | policy. |
| 5 | Q | How do you get the information that goes on that |
| 6 | | application or in that application? |
| 7 | A | Through a telephone conversation or a written |
| 8 | | correspondence with the customer. |
| 9 | Q | And the written correspondence from the customer |
| 10 | | generally comes from -- on what kind of a form or does |
| 11 | | it come on a form? |
| 12 | A | It can come on a form, it can come in a handwritten |
| 13 | | note from a customer, it can come through a telephone |
| 14 | | contact. |
| 15 | Q | Those handwritten notes -- I mean, those -- that form, |
| 16 | | would that be a form that a person if they were a |
| 17 | | member of the AARP would see in the AARP manual -- I |
| 18 | | mean, books or magazine? |
| 19 | A | That's one source of a form, yes. |
| 20 | Q | What is the other source of a form for the information |
| 21 | | that would go on the application? |
| 22 | A | It could be some -- a form sent out directly from the |
| 23 | | Hartford. |
| 24 | Q | Those forms that the Hartford sends out directly to |
| 25 | | Alaskans, what does it ask? |

R & R COURT REPORTERS
810 N STREET
(907) 277-0572/Fax 274-8982
ANCHORAGE, ALASKA 99501

Exhibit B
Page 6 of 9 Pages

the coverage that forced the policy to be manual.
Q Okay.
A The policy renewed for that '02 to '03 policy term was then system supported and that's when the new policy number was administered to the same policy and same coverages, but it was administered to enable the system to support the policy.
Q Okay. So you issue new policy numbers on the same policy at the Hartford?
A Yes.
Q Okay. Now going to IMF 76 does it -- was -- did -- how did the UM -- this was issued after IMF 72, when did the insurance -- UM coverage get taken off and why?
A And this (indiscernible) noted right now, IMF 76 is identified as change number four?
Q Right. That'd be after change three.
A I'm just looking back at page -- I don't know why it's not on that, if this is change number four and the requested change number four, I can't answer why UM is not listed on this. Again this is not what was sent to Mr. Mann.
Q If -- as far as the Hartford is concerned, Mr. -- at least as -- in change number four Mr. Mann has no UM/UIM coverage, is that true?
A No. I said I can't explain why this page doesn't

94

## SIGNATURE

UNITED STATES OF AMERICA   )
                           )ss.
STATE OF ALASKA            )

I, **WILLIAM E. PATTON**, having read the foregoing telephonic deposition testimony, do hereby certify it to be true and accurate, subject to corrections, if any, as indicated on the attached errata sheet.

_____
WILLIAM E. PATTON

DATE:_____

R & R COURT REPORTERS
810 N STREET
(907) 277-0572/Fax 274-8982
ANCHORAGE, ALASKA 99501

Exhibit B
Page 8 of 9 Pages

```
 1                    C E R T I F I C A T E

 2   UNITED STATES OF AMERICA)
                              ) ss.
 3   STATE OF ALASKA          )

 4        I, Lynn Hall, Notary Public in and for the State of
     Alaska, and Reporter for R & R Court Reporters, Inc., do hereby
 5   certify:

 6        THAT the annexed and foregoing Telephonic Deposition of
     WILLIAM E. PATTON, was taken before William P. Rice on the 19th
 7   day of October, 2005, commencing at the hour of 9:08 o'clock
     a.m. at the offices of Kelley & Canterbury, 821 N Street, Suite
 8   206, Anchorage, Alaska, pursuant to Notice to take said
     Deposition of said Witness on behalf of the Plaintiff;
 9
          THAT the above-named witness, before examination, was
10   duly sworn to testify to the truth, the whole truth and nothing
     but the truth;
11
          THAT this Deposition, as heretofore annexed, is a true
12   and correct transcription of the testimony of said Witness,
     taken by William P. Rice and thereafter transcribed by me;
13
          THAT the original of the Deposition will be lodged in a
14   sealed envelope, with the attorney requesting transcription of
     same, as required by Civil Rule 30(f)(1) amended, that being:
15   MR. LEONARD T. KELLEY, Kelley & Canterbury, Attorneys at Law,
     821 N Street, Suite 206, Anchorage, Alaska 99501;
16
          THAT I am not a relative, employee or attorney of any
17   of the parties, nor am I financially interested in this action.

18        IN WITNESS WHEREOF, I have hereunto set my hand and
     affixed my seal this 7th day of November, 2005.
19
                              /s/ Hall
20                            _____
                              Notary Public in and for Alaska
21                            My Commission expires: 01/02/09

22

23

24

25
```

R & R COURT REPORTERS
810 N STREET
(907) 277-0572/Fax 274-8982
ANCHORAGE, ALASKA 99501

Exhibit B
Page 9 of 9 Pages