```
 1            IN THE UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF ALASKA
 3   JERRY MANN,                  )
                                  )
 4           Plaintiff,           )
                                  )
 5   v.                           )
                                  )
 6   HARTFORD INSURANCE COMPANY OF)
     THE MIDWEST,                 )
 7                                )
             Defendant.           )
 8   _____)
     Case No. A05-0038 (RRB)
 9

              DEPOSITION OF JERRY W. MANN
10
                   December 8, 2005
11
     APPEARANCES:
12
        FOR THE PLAINTIFF:    MR. LEONARD T. KELLEY
13                            Kelley and Canterbury
                              Attorneys at Law
14                            821 N Street, Suite 206
                              Anchorage, Alaska 99501
15                            (907) 276-8185
16      FOR THE DEFENDANT:    MR. PETER J. MAASSEN
                              Ingaldson, Maassen & Fitzgerald
17                            Attorneys at Law
                              813 West 3rd Avenue
18                            Anchorage, Alaska  99501
                              (907) 258-8751
19
20
21
22
23
24                                           Exhibit  C
25                                      Page  1  of  26  Pages
```

JERRY W. MANN                    12/8/2005                    MANN v. HARTFORD INS.
Vol. 1                                                         A05-0038 Civil

Page 2

1                    TABLE OF CONTENTS

2       Direct Examination by Mr. Maassen                    04

3       Cross Examination by Mr. Kelley                      44

4   EXHIBITS MARKED:

5   A - Hartford's First Discovery Requests to Plaintiff     12

6   B - Supplemental Application                             21

7   C - Affidavit                                            27

8   D - Change Section RE: UIM Coverage page                 40

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                              Exhibit C
                                                Page 2 of 96 Pages

Computer Matrix, LLC              Phone - 907-243-0668         jpk@gci.net
310 K Street, Suite 200           Fax    907-243-1473          sahile@gci.net

Page 3

```
 1              P R O C E E D I N G S
 2            (Anchorage, Alaska - 12/8/2005)
 3       (On record)
 4       REPORTER:  My name is Salena Hile, Notary Public in the
 5  state of Alaska and court reporter for Computer Matrix Court
 6  Reporters whose business address is 310 K Street, Suite 200,
 7  Anchorage, Alaska.  This is the first tape in the audiotape
 8  deposition of Jerry Mann taken pursuant to notice by the
 9  defendant.  The case is in the United States District Court for
10  the District of Alaska, case number A05-0038, Mann versus
11  Hartford.  Today is December 8, 2005 and the time scheduled for
12  deposition is 1:30 p.m.  We are at the offices of Ingaldson,
13  Maassen & Fitzgerald located at 813 West 3rd Avenue, Anchorage,
14  Alaska.
15       (Off record)
16       (On record)
17       REPORTER:  Counselors, please identify yourselves for the
18  record and who you represent starting with the plaintiff's
19  attorney.
20       MR. KELLEY:  Len Kelley for Mr. Mann.
21       MR. MAASSEN:  Peter Maassen for the defendant.
22       REPORTER:  All right, thank you.  Mr. Mann, can you please
23  raise your right hand.
24       (Oath administered)
25       MR. MANN:  I do.
```

JERRY W. MANN                    12/8/2005                    MANN v. HARTFORD INS.
Vol. 1                                                          A05-0038 Civil

Page 4

```
 1      REPORTER:  Thank you.
 2                    JERRY W. MANN
 3   having first been duly sworn under oath, testified as follows
 4   on:
 5                   DIRECT EXAMINATION
 6      REPORTER:  Please state your full name for the record and
 7   spell your last name for me.
 8   A   Jerry Wren, W-R-E-N, Mann, M-A-N-N.
 9      REPORTER:  And a mailing address, please.
10   A   P.O. Box 241765 Anchorage  99524.
11      REPORTER:  And how about a daytime telephone number or a
12   message phone where you could be contacted.
13   A   522-9669.
14      REPORTER:  All right, thank you.  Okay, Mr. Maassen.
15   BY MR. MAASSEN:
16   Q   Mr. Mann, have you ever had your deposition taken before?
17   A   Yes.
18   Q   On what occasion?
19   A   Relating to the accident I had.
20   Q   Okay.  The accident in 2004 that was, or 2003?
21   A   2003, I think, yeah.
22   Q   Okay.  Was it taken just once in that case?
23   A   Yeah.
24   Q   Do you recall the name of the lawyer who took your
25       deposition?
```

Exhibit C
Page 4 of 26 Pages

Computer Matrix, LLC              Phone - 907-243-0668           jpk@gci.net
310 K Street, Suite 200           Fax    907-243-1473            sahile@gci.net

JERRY W. MANN    12/8/2005    MANN v. HARTFORD INS.
Vol. 1                              A05-0038 Civil

Page 6

```
 1   Q    There was a trial in that case?
 2   A    Yes.
 3   Q    And that was how many years ago?
 4   A    I don't recall, it was in the early '90s, I think.
 5   Q    Were you represented by a lawyer in that proceeding?
 6   A    Yes.
 7   Q    And how did it turn out for you?
 8   A    I won.
 9   Q    I can't help but notice that you have an oxygen apparatus
10        on, can you tell me what the purpose of that is?
11   A    To help my breathing.
12   Q    Okay.  Are you taking any medications today that you think
13        might affect your ability to understand the questions that
14        I ask?
15   A    I take -- take valium and Prednisone.
16   Q    Do you think any of those medications might affect your
17        ability to understand my questions and to answer
18        truthfully?
19   A    I don't know about truthfully but I have trouble
20        remembering details.
21   Q    Okay.  If, at any point during this process you have
22        trouble understanding what I'm asking you, please don't
23        hesitate to tell me.....
24   A    Okay.
25   Q    .....so that we can make sure we're on the same wave
```