JERRY W. MANN                          12/8/2005                    MANN v. HARTFORD INS.
Vol. 1                                                                  A05-0038 Civil

Page 11

```
1        MR. MAASSEN:  Yeah.
2        MR. KELLEY:  I'm not -- in other words, if you want to
3   talk to him later on down the road, if we do an arbitration,
4   fine.
5        MR. MAASSEN:  Okay, that's what I thought.
6   Q    What we're mostly here to talk about is insurance
7        coverage, as you probably know, since I represent The
8        Hartford.  You gave us -- oh, I guess I should ask first.
9        You had some health problems before the accident in 2003;
10       is that fair to say?
11  A    What, you mean my lungs?
12  Q    Yeah.  Just in general?
13  A    Yes.
14  Q    Okay.
15  A    Just my lungs.
16  Q    And what is the lung condition that you're suffering from?
17  A    Emphysema.
18  Q    And how long have you suffered from that?
19  A    Seven or eight years, probably.
20  Q    And did the accident, did that have an effect on the
21       emphysema, did it aggravate your emphysema?
22  A    It didn't aggravate it as such, it just -- well, it did at
23       the time because my lungs were bleeding.  I had quite a
24       bit of bleeding to my lungs.  And had a lot of chest
25       pains, ribs and everything, bruised.
```

JERRY W. MANN                    12/8/2005                    MANN v. HARTFORD INS.
Vol. 1                                                        A05-0038 Civil

Page 12

```
 1   Q    Okay.  I'm going to make a couple of documents exhibits
 2        here, the first one is some discovery responses.
 3        MR. MAASSEN:  If you could mark that as the first exhibit,
 4   please.
 5        REPORTER:  Okay, do you want A?
 6        MR. MAASSEN:  Sure, whatever works for you.
 7        REPORTER:  Okay, A.
 8                                (Deposition Exhibit A marked)
 9   Q    I'm showing you a document that's marked as Exhibit A.
10   A    I didn't bring my glasses, I'm going to have trouble
11        reading this.
12   Q    Would it help if I loaned you mine, they're just the
13        Barnes & Noble off the shelf reading glasses?
14   A    I can try.
15   Q    Okay.  I'll try to get along without them, does that help?
16   A    Yes, uh-huh.
17   Q    Good.  Extra charge for that.
18        (Laughter)
19   Q    If you'll look at Page 6, please, it's the signature page,
20        and that's your signature that appears more less in the
21        middle of the page, isn't it?
22   A    Yes, uh-huh.
23   Q    Do you recall reviewing these and signing them within the
24        last month or so?
25   A    No.
```

Exhibit A
Page 7 of 26 Pages

Computer Matrix, LLC           Phone - 907-243-0668           jpk@gci.net
310 K Street, Suite 200        Fax    907-243-1473            sahile@gci.net

Page 13

```
1   Q   No, you don't.  Do you have any doubt that you did so?
2   A   Yes, I'm -- that's my signature.
3   Q   Okay.  So can we reasonably assume that these answers are
4       ones that you reviewed and signed within the last month or
5       so?
6   A   Which -- which answers?
7   Q   I'm sorry, this document is entitled responses to
8       defendant Hartford's First Discovery Requests to
9       Plaintiff, and these are what are represented to be your
10      answers to questions that I asked you through your
11      Counsel.  And do you have any question as to whether or
12      not these really are your answers to those discovery
13      requests?
14  A   If my attorney says they are, they are.
15  Q   Okay.  Well, we'll.....
16      MR. KELLEY:  You have to understand, this is not my
17  deposition.
18  A   Okay.
19      MR. KELLEY:  It is your deposition so.....
20  Q   We'll just hit the specifics that I need to get to
21      and.....
22  A   Okay.
23  Q   .....I'll skip over the.....
24  A   I apologize but I have trouble remembering things.
25  Q   No, that's okay, it's quite all right.
```

Exhibit C  
Page 8 of 26 Pages

Computer Matrix, LLC  
310 K Street, Suite 200  
Phone - 907-243-0668  
Fax   907-243-1473  
jpk@gci.net  
sahile@gci.net

JERRY W. MANN  
Vol. 1  
12/8/2005  
MANN v. HARTFORD INS.  
A05-0038 Civil

Page 14

```
 1         MR. KELLEY:  No, problem, Jerry, but this is your
 2    deposition.
 3    A    Okay.  Okay.
 4    Q    If you look at Page 2, please.
 5    A    Yes.
 6    Q    And interrogatory, the one toward the bottom there, it
 7         says, identify the insurance carriers other than Hartford
 8         with whom you and/or your wife had automobile liability
 9         insurance from 1990 through the present.  And then could
10         you just take the time to read to yourself the answer
11         given there.
12    A    Is that all of it?
13    Q    Yeah, that's all of it, it doesn't go on to the next page.
14    A    Okay.  Okay.
15    Q    Does that seem accurate to the best of your recollection?
16    A    Yes, uh-huh.
17    Q    Okay.  So when you were married in 1990 you were listed on
18         your wife's policy?
19    A    Yes.
20    Q    And you don't recall the name of that policy?
21    A    No.  No.
22    Q    Do you recall whether you had uninsured motorist's
23         coverage under that policy?
24    A    No.
25    Q    Do you recall why you changed from that company to
```

Computer Matrix, LLC  
310 K Street, Suite 200  
Phone - 907-243-0668  
Fax     907-243-1473  
Exhibit ____  
Page ___ of ___ Pages  
jpk@gci.net  
sahile@gci.net

JERRY W. MANN
Vol. 1

12/8/2005

MANN v. HARTFORD INS.
A05-0038 Civil

Page 15

```
 1        whatever the next one was, Progressive?
 2   A    Cheaper.
 3   Q    Okay.  Other than cost, do you remember any
 4        dissatisfaction with the coverage that you had with the
 5        first company that's listed here?
 6   A    No.
 7   Q    And it says that you switched to Progressive in May of '97
 8        and had them for a year, and you don't recall whether you
 9        had uninsured motorist's coverage with Progressive; is
10        that correct?
11   A    No, I don't know.
12   Q    Okay.
13   A    I assume I did but I don't remember.
14   Q    Do you recall, again, why you changed from Progressive to
15        GEICO after a year with Progressive?
16   A    Because they had a better price.
17   Q    Okay.  So other than cost, again, you don't recall any
18        dissatisfaction.....
19   A    No.
20   Q    .....with the.....
21   A    No.
22   Q    .....GEICO coverage.....
23   A    No.
24   Q    .....I mean with the Progressive coverage?
25   A    No.
```

Computer Matrix, LLC
310 K Street, Suite 200

Phone - 907-243-0668
Fax    907-243-1473

Exhibit C
Page 12 of 26 Pages

jpk@gci.net
sahile@gci.net