JERRY W. MANN                      12/8/2005                    MANN v. HARTFORD INS.
Vol. I                                                          A05-0038 Civil

Page 38

```
 1    A    I didn't know.
 2    Q    Did you believe that any of the terms of your policy had
 3         changed because of your non-payment?
 4    A    I didn't know that either.
 5    Q    Okay.  Did you ask that it be changed in any way at that
 6         point?
 7    A    No.
 8    Q    Okay.  You didn't ask that any coverages be increased or
 9         reduced at that point?
10    A    No.
11    Q    Some time, I think a few months later, the policy number
12         was changed on your Hartford auto policy, are you aware of
13         that?
14    A    No.
15    Q    Okay.  Did you know at the time that your policy number
16         had been changed?
17    A    No.
18    Q    Do you recall getting anything from Hartford that told you
19         that your policy number had changed?
20    A    No.
21    Q    Do you know today as we're sitting here that your policy
22         number was changed?
23    A    No.
24    Q    In 2004 you called up Hartford and asked for uninsured
25         motorist's coverage on the existing policy, do you recall
```

JERRY W. MANN                    12/8/2005                    MANN v. HARTFORD INS.
Vol. 1                                                         A05-0038 Civil

Page 45

```
 1         here, right?
 2   A     Right.
 3   Q     Mr. Maassen was asking you some questions about a period
 4         of time where your policy, where you were advised that the
 5         policy was going out of effect and you think you sent in a
 6         payment late?
 7   A     Right.
 8   Q     Would you tie together what you said in number 5, and if
 9         you need his glasses, put them on, because I don't want
10         you saying anything that's not accurate.
11   A     Yes, that's -- that's a true statement, yes.
12   Q     But you left the impression that the payment might have
13         been missed in the mail or maybe you paid the payment
14         late.
15   A     Yeah.
16   Q     And there was no, quote, cancellation, or anything like
17         that, how should we deal with that, assuming that that's
18         what you did imply earlier?
19   A     Well, they apparently got my payment late and it says here
20         Hartford cancelled my insurance but then they didn't.....
21   Q     But this is you saying that.....
22   A     .....really cancel it -- yeah.
23   Q     .....you understand that?
24   A     Yeah.  Yeah.
25   Q     Is there anything -- can you -- how do you deal with this,
```

JERRY W. MANN  
Vol. 1

12/8/2005

MANN v. HARTFORD INS.  
A05-0038 Civil

Page 46

| | | |
|---|---|---|
| 1 | | how -- okay. Did you fail to make a premium payment? |
| 2 | A | Apparently I did, yes. |
| 3 | Q | Well, you got to understand that this is prepared based |
| 4 | | upon what you understand. If you sent a late payment in, |
| 5 | | then this would not be accurate. |
| 6 | A | Well, then I missed a payment I suppose. |
| 7 | Q | You don't have to agree with me. |
| 8 | A | Yeah. |
| 9 | Q | You either did or you didn't. |
| 10 | | MR. MAASSEN: Or you didn't remember, maybe. |
| 11 | Q | Yeah. |
| 12 | A | I don't -- I don't recall why the payment didn't get there |
| 13 | | but -- but they re -- reinstated my insurance. |
| 14 | Q | Okay. Okay. That's basically just..... |
| 15 | A | Yeah. |
| 16 | Q | Okay. Now, let's go to this down here, this would be this |
| 17 | | document here, Exhibit D, and we're talking about number |
| 18 | | 7, read 7 and put it together with number D and Mr. |
| 19 | | Maassen asked you a couple times, do you remember how this |
| 20 | | came to pass, how did D come to pass? If you don't |
| 21 | | remember or don't -- fine, it's not necessary that you do, |
| 22 | | I just want to make sure that we've at least -- you know, |
| 23 | | you're together with what you think really happened. |
| 24 | A | Yeah. This is a form they sent me. |
| 25 | Q | But how did it get to you? |

Computer Matrix, LLC  
310 K Street, Suite 200

Phone - 907-243-0668  
Fax    907-243-1473

Exhibit C  
Page 23 of 24 Pages

jpk@gci.net  
sahile@gci.net

JERRY W. MANN        12/8/2005              MANN v. HARTFORD INS.
Vol. 1                                      A05-0038 Civil

Page 47

```
1   A    It was when they reinstated my insurance, I'm sure, and I

2        just indicated -- signed it and.....

3   Q    Okay.

4   A    I'm missing the point, Len, I'm sorry.

5   Q    No, no, no, no, it's fine, Jerry.  I've known you so

6        doggone long, it's okay.

7        MR. KELLEY:  No further questions.  If that brought up

8   anything you want to go to, go.....

9        MR. MAASSEN:  It didn't.

10       REPORTER:  No?

11       MR. MAASSEN:  No.

12       MR. KELLEY:  Okay.

13       REPORTER:  All right, then we're off record.

14       (Off record)

15                    (END OF PROCEEDINGS)
```

JERRY W. MANN  12/8/2005  MANN v. HARTFORD INS.
Vol. 1  A05-0038 Civil

Page 48

1              C E R T I F I C A T E

2   UNITED STATES OF AMERICA)
                            )ss
3   STATE OF ALASKA         )

4       I, Joseph P. Kolasinski, Notary Public in and for the
5   State of Alaska, residing in Anchorage in said state, do hereby
6   certify that the deponent in the foregoing matter was duly
7   sworn to testify to the truth, and nothing but the truth;

8       That said testimony was taken at the time and place
9   therein stated;

10      That the testimony of said witness was recorded
11  electronically and thereafter transcribed under my direction
12  and reduced to print;

13      That the foregoing is a full, complete, and true record of
14  said testimony.

15      I further certify that I am not a relative, nor employee,
16  nor attorney, nor of counsel of any of the parties to the
17  foregoing matter, nor in any way interested in the outcome of
18  the matter therein named.

19      IN WITNESS WHEREOF I have hereunto set my hand and affixed
20  my seal this 10th day of December, 2005.

21

22                                  _____
                                    Joseph P. Kolasinski, Notary Public
23                                  in and for the State of Alaska.

                                    My Commission Expires: 03/12/2008
24

25

[Notary seal: JOSEPH P. KOLASINSKI, NOTARY PUBLIC, STATE OF ALASKA]

Computer Matrix, LLC                Phone - 907-243-0668    Exhibit C           jpk@gci.net
310 K Street, Suite 200             Fax    907-243-1473     Page 25 of 26       sahile@gci.net

JERRY W. MANN  
Vol. 1

12/8/2005

MANN v. HARTFORD INS.  
A05-0038 Civil

Page 49

1        WITNESS CERTIFICATE

2   RE:   MANN v. HARTFORD
    CASE NUMBER:    A05-0038 (RRB)
3   DEPOSITION OF:  JERRY W. MANN
    DATE TAKEN:     DECEMBER 8, 2005
4

    I hereby certify that I have read the foregoing deposition
5   and accept it as true and correct, with the following
    exceptions:

6

    Page      Line                    Description
7
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____

    If additional paper is needed, please sign and date each sheet.
23
24
                                    _____
                                    JERRY W. MANN        DATE
25

Computer Matrix, LLC          Phone - 907-243-0668      Exhibit  C          jpk@gci.net
310 K Street, Suite 200       Fax     907-243-1473      Page  26  of  26  Pages   sahile@gci.net