Peter J. Maassen
ABA No. 8106032
Ingaldson, Maassen & Fitzgerald, P.C.
813 West Third Avenue
Anchorage, AK  99501
(907) 258-8750
(907) 258-8751/Fax

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY MANN,<br><br>  Plaintiff,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST,<br><br>  Defendants. | No. A05-0038 CIV (RRB)<br><br>**DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANT** |

COMES NOW defendant, Harford Insurance Company of the Midwest, by and through counsel of record, Ingaldson, Maassen, & Fitzgerald, P.C. and hereby submits its responses to Plaintiff's First Discovery Requests to Defendant as follows:

**REQUEST FOR PRODUCTION NO. 1**: Please produce Jerry Mann's original application and customer service notes to AARP or Hartford Insurance.

**RESPONSE**: A copy of the original application is produced herewith. The original is at the office of Hartford's counsel and may be inspected upon reasonable request. Customer service notes were included in Hartford's initial disclosures, see IMF 101-129.

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*HARTFORD ADV. MANN*
DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANT
Page 1 of 3        Exhibit D
                   Page 1 of 3 Pages

**REQUEST FOR PRODUCTION NO. 2**: Please produce the customer service notes for the 3/12/02 issuance of policy 55 PHF 975169.

**RESPONSE**: Objection; vague and ambiguous. Policy PHF 975169 was simply a new policy number assigned to the existing policy, effective on its renewal date of March 31, 2002, for purposes of working with Hartford's new computer system. Any responsive documents were included in Hartford's initial disclosures or are produced herewith.

**REQUEST FOR PRODUCTION NO. 3**: Please produce all applications, supplemental endorsements, service notes, and all documents associated with Policy No. 55 PHF 569115.

**RESPONSE**: Responsive documents were included in Hartford's initial disclosures. Additional responsive documents are produced herewith.

**REQUEST FOR PRODUCTION NO. 4**: Please produce all documents, including customer service notes from 3/31/01 (Policy No. 55 PHF 569115) through the present, (see History of Policy, Exhibit A to Defendant Motion for Summary Judgment).

**RESPONSE**: Responsive documents were included in Hartford's initial disclosures. Additional responsive documents are produced herewith.

**REQUEST FOR PRODUCTION NO. 6**: Please produce copies of all documents William Patton relied upon to draft his affidavit of 8/4/05, (see History of Policy, Exhibit A to Defendant Motion for Summary Judgment).

**RESPONSE**: Responsive documents were included in Hartford's initial disclosures. Additional responsive

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*HARTFORD ADV. MANN*
DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANT

Exhibit D
Page 2 of 3 Pages

documents are produced herewith.

DATED: Oct. 11, 2005

                INGALDSON MAASSEN & FITZGERALD, P.C.
                Attorneys for Defendant

                By: _____
                Peter J. Maassen
                ABA No. 8106032

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on
__11__ day of October, 2005, a copy of
the foregoing was sent to the following via:

[ ] U.S. mail, first class, postage prepaid
[X] Hand-delivery
[ ] Fax
[ ] Federal Express

Leonard T. Kelley, Esq.
821 N Street, Suite 206
Anchorage, AK 99501

_Melissa M. Shiell_ (signature)

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

HARTFORD ADV. MANN
DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO
DEFENDANT

Exhibit D
Page 3 of 3 Pages