Leonard T. Kelley
Kelley & Canterbury, LLC.
821 "N" Street, Suite 206
Anchorage, Alaska  99501
Tel:  (907) 276-8185
Fax:  (907) 279-3829
Email:  kelleyandkelley@acsalaska.net
Attorney for the Plaintiff
Alaska Bar No. 7605039

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JERRY MANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HARTFORD INSURANCE | ) |
| COMPANY OF THE MIDWEST, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. A05-0038 CIV (TMB) |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

COMES NOW the plaintiff, Jerry Mann, by and through his counsel Kelley & Canterbury, LLC., and hereby submits this unopposed motion for an extension of time to file his reply brief to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment.  The Court's deadline for a reply brief was 1/20/06.  The undersigned's office ordered Adobe software back in November 2005 to comply with the electronic filing requirements, but the software did not arrive until Thursday January 26, 2006 and our technician installed it over the weekend.  Plaintiff's counsel is waiting for the office's PACER account information in order to pull up federal court filings.  Plaintiff's counsel requests an extension of time until Thursday February 9, 2006 to file his reply brief.  Counsel for the Defendant does not oppose Plaintiff's Motion for an Extension of Time.  This Unopposed Motion is not intended to delay the proceedings or

prejudice the Defendant. Defendant's counsel was kind enough to share with the Plaintiff that Judge Burgess was assigned to the case,[1] and the proposed order was sent to the e-mail address of Judge Burgess.

Dated this 30th day of January, 2006.

                                            s/ Leonard T. Kelley
                                            Kelley & Canterbury, LLC.
                                            821 "N" Street, Suite 206
                                            Anchorage, Alaska  99501
                                            Tel:  (907) 276-8185
                                            Fax:  (907) 279-3829
                                            Email:  kelleyandkelley@acsalaska.net
                                            Alaska Bar No. 7605039

*Certificate of Service*
I hereby certify that on 1/30/06, a copy of the foregoing Motion for Extension of Time was served electronically on Peter J. Maassen.

BY: s/ Leonard T. Kelley

---

[1] Plaintiff has received the following electronic filing notices from the Court:  Document #26 filed 1/26/06, Document #27 filed 1/9/06, Document #28 filed 1/9/06, Document #29 filed 1/9/06, and a deadline notice filed 1/10/06.  Plaintiff did not know that Judge Burgess was assigned to the case in place of Judge Beistline.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

JERRY MANN,                        )
                                   )
           Plaintiff,     )
                                   )
v.                                 )
                                   )
HARTFORD INSURANCE                 )
COMPANY OF THE MIDWEST,            )
                                   )
           Defendant.     )
_____) Case No. A05-0038 CIV (TMB)

## PROPOSED ORDER UPON MOTION FOR EXTENSION OF TIME

IT IS SO ORDERED that Plaintiff's Motion for Extension of Time is GRANTED, and Plaintiff shall have until Thursday February 9, 2006 to file his reply brief to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment.

Dated this ____ day of _____, 2006.

 

_____
Hon. Timothy M. Burgess
JUDGE OF THE US DISTRICT COURT

*Certificate of Service*
I hereby certify that on 1/30/06, a copy of the
foregoing Proposed Order was served electronically
on Peter J. Maassen.

BY: s/ Leonard T. Kelley