# EXHIBIT 2:

Defendant's Reponses to Request for Production dated 1/6/06 with Bates IMF 224 through IMF 227

# Filed Conventionally Under Seal Order at Docket No. 25