Leonard T. Kelley
Kelley & Canterbury, LLC.
821 "N" Street, Suite 206
Anchorage, Alaska 99501
Tel: (907) 276-8185
Fax: (907) 279-3829

Attorney for the Plaintiff
Alaska Bar No. 7605039

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JERRY MANN,                          )
                                     )
            Plaintiff,               )
                                     )
v.                                   )
                                     )
HARTFORD INSURANCE                   )
COMPANY OF THE MIDWEST,              )
                                     )
            Defendant.               )
_____) Case No. 3AN-05-0038 CV

**AFFIDAVIT OF JERRY MANN FOR PLAINTIFF'S CROSS-MEMORANDUM**

State of Alaska            )
                           )ss:
Third Judicial District    )

I, Jerry Mann, hereby state and depose as follows:

1. I am the Plaintiff in the above-captioned action and make this affidavit on my own personal knowledge.

2. Sometime in 2001, I sent AARP/Hartford Insurance a document requesting insurance. I did not keep a copy of these documents. I wanted "full coverage."

3. I recently reviewed a document called a Supplemental Application. I signed page 7 acknowledging various insurance options were available to me, but I never waived Uninsured/Underinsured Motorist coverage in writing (Exhibit 1).

4. I did not write the words "Rejected" on page 6 of the Supplemental Application and do not recall seeing this document until recently. It was not with the insurance documents sent to me by Hartford.

5. I paid the insurance premiums from time to time, except around January 2002, I failed to make a premium payment. Hartford cancelled my insurance. I called Hartford, and they told me to send in the premium and I would be insured. I did not sign any additional documents, but I sent Hartford the money.

6. On May 13, 2003, I was injured in a motor vehicle wreck. The person who hit me paid me their Policy of Insurance to partially compensate me for my injuries.

7. Sometime in January 2004, after Hartford told my attorney I had no Uninsured/Underinsured Motorist coverage, I called Hartford and filled out a form stating I wanted the UM/UIM coverage (Exhibit 2). My conversation was taped by Hartford.

8. It is my understanding that I have had full coverage since 2001. I did not reject Uninsured/Underinsured Motorist coverage in writing.

Dated: November 21, 2005

_____
Jerry Mann

SUBSCRIBED AND SWORN to before me, the undersigned Notary Public, in and for the jurisdiction of the State of Alaska, on the above written date.

CLINT ELINE MILLER
Notary Public - State of Alaska
My Commission Expires 11-30-2006

Notary Public – State of Alaska
My commission expires: 11-30-06

Kelley & Canterbury, LLC
821 N Street, Suite 206
Anchorage, AK 99501
(907) 276-8185

EXHIBIT 3 PAGE 2 OF 2