P O Box 241765  
Anchorage, AK 99524  
Reference Number: 907-522-9669  
Effective March 31, 2001

APPLICATION FOR AARP MEMBERS  
Policy Number: 55PHF569115  
Rate Guarantee Date: 05/29/01

### PLEASE SIGN WHERE INDICATED AND RETURN THIS APPLICATION

Other coverage options available begin on page 6. If you wish to change your coverage, simply **cross out the coverage limit below, write in the new coverage limit and initial the change**. If you wish to make a change to your Uninsured/Underinsured Motorists Coverage, or Uninsured/Underinsured Motorists Property Damage Coverage, we request that you do so beginning on page 6.

| COVERAGES | LIMITS | 88 PONT GRAND AM | 77 GMC C1500 |
|---|---|---|---|
| Bodily Injury<br>If changed initial____ | 50,000/100,000 | 63.00 | 44.00 |
| Property Damage<br>If changed initial____ | 25,000 | 79.00 | 55.00 |
| Medical Payments<br>If changed initial____ | 5,000 | 9.00 | 9.00 |
| **TOTAL BY VEHICLE** | | **$151.00** | **$108.00** |

**Your Total Policy Premium for One Full Year: $259.00**



29536L / 08 / 001   67216L / /001   / /   / /   REC-03/30/01 PRNT-03/31/01 RT-11/01/00  
Jerry W. Mann, Policy Number: 55PHF569115  TF55NAFE033001019001  SOURCE=320701

EXHIBIT 1  PAGE 1 OF 8

Listed below is the information you provided us regarding all of the vehicles in your household. **Please indicate any changes below. Simply cross out the incorrect information, write in the new information and initial the change.** Please complete all shaded questions if appropriate. If you have any questions, please call, toll free, at 1-800-824-8822.

---

Vehicle 1: **88 PONT GRAND AM**
Current Odometer: **88,000**
Annual Mileage: **6,706**
Vehicle ID #: **1G2NE54UXJC758448**
Registration State: **AK**
Primary Driver: **Jerry Mann**
Anti-theft device: **No**
Use:
   Days per week: **5**
   Miles one way: **5**

---

Vehicle 2: **77 GMC C1500**
Current Odometer: **120,000**
Annual Mileage: **1,000**
Vehicle ID #: **TCS447J521591**
Registration State: **AK**
Primary Driver:
Anti-theft device: **No**
Use: **Pleasure**

Pickup, Motorhome, Van: **Yes**
Customized: **No**

---

Listed below are the drivers in your household regarding the drivers in your household. **Please indicate any changes. Simply cross out the incorrect information, write in the new information and initial the change.** Please complete all shaded questions if appropriate. If you have any questions, please call, toll free, at 1-800-824-8822.

| | |
|---|---|
| Driver #1 Name: **Jerry Mann**<br>Date of Birth: **01/22/44**<br>Marital Status: **S**  Gender: **M**<br>License Number: **6618924**<br>State: **AK**  Years licensed in state: _1990_<br>If less than 3 years,<br>years licensed in another state: ____<br>Provide other state and license #: _____ | Occupation: **Education**<br>Defensive Driver Credit: **No** |

## INFORMATION ABOUT YOUR DRIVING HISTORY

In order to properly rate our policies, we order Motor Vehicle and Loss Claim History Reports. Listed below is information provided to us. Please complete the shaded question and other questions if applicable. If you have any questions, please call, toll free, at 1-800-824-8822.

| Name | Date | Incident |
|---|---|---|
| **Mann, Jerry** | **N/A** | **N/A** |

In the past 5 years, have you or any household member had any accidents, violations, thefts or vandalisms other than what may be listed above? Yes ☐  No ☒  If yes, please give the date(s), the driver(s) and description(s).

_____
_____
_____

Was the driver at-fault?                             Yes ☐   No ☐
Estimate the amount of property damage $_____.
Has the damage been repaired?                 Yes ☐   No ☐
Was there bodily injury or death?              Yes ☐   No ☐

**We reserve the right to verify information you provided through the state motor vehicle department and/or an independent claim reporting agency. Any future claim information will also be shared with the reporting agency.**

EXHIBIT  1   PAGE  4   OF  8

## Additional Coverages are Available

For additional coverage limits and premiums, please call, toll free, at 1-800-824-8822.

SUPPLEMENTAL APPLICATION
YOUR COVERAGE SELECTIONS IN ALASKA

The following describes your selections and coverage options for Uninsured/Underinsured Motorists Coverage and Uninsured/Underinsured Motorists Property Damage Coverage. Please read this section carefully.

**Uninsured/Underinsured Motorists Coverage**

Uninsured/Underinsured Motorists Coverage are optional in Alaska. **However, we recommend you include both coverages at limits equal to your Bodily Injury Liability limits.** Your self-protection and that of your passengers should equal the protection you provide others.

Uninsured/Underinsured Motorists Coverage applies to private passenger vehicles. Both cover you, relatives living with you and other people in your car.

Uninsured/Underinsured Motorists Coverage pays benefits for bodily injury, death or property damage caused by: an uninsured driver; a hit-and-run driver; an insured driver whose Bodily Injury Liability limits are inadequate to cover the bodily injury losses incurred.

Uninsured/Underinsured Motorists Coverage includes a Property Damage feature unless you reject it. This feature provides coverage for damage to your property (subject to a $250 deductible) caused by an uninsured or underinsured driver.

---

**Your Coverage Selections**

Your coverage selections are shown below:

| | |
|---|---|
| Uninsured/Underinsured Motorists Coverage: | **Rejected** |
| Uninsured/Underinsured Motorists Property Damage Coverage: | **Rejected** |

**If you do not sign for Uninsured/Underinsured Motorists Coverage, both will be included in your policy at limits equal to your Bodily Injury Liability limits. If you do not make a selection for the Property Damage feature, it will be included in your policy at the basic limit of $25,000.**

**In order to confirm the coverage selection shown above, you must sign this form on page 7.** Please refer to the following section if you would like to CHANGE you coverage selection.

---

Please see page 7 for additional coverage selection information.

***CHANGE SECTION***

Complete only if you wish to change your coverage selections.

## UNINSURED/UNDERINSURED MOTORISTS COVERAGE

I accept Uninsured/Underinsured Motorists Coverage with the following change
- ☐ $50,000/$100,000
- ☐ $100,000/$200,000
- ☐ $100,000/$300,000
- ☐ $250,000/$500,000
- ☐ $300,000/$500,000
- ☐ $500,000/$500,000
- ☐ $500,000/$1,000,000
- ☐ $1,000,000/$2,000,000

☐ I have read the explanation, and I reject Uninsured/Underinsured Motorists Coverage.

## UNINSURED/UNDERINSURED MOTORISTS PROPERTY DAMAGE COVERAGE

I accept Uninsured/Underinsured Motorists Property Damage with the following change (this limit cannot be greater than your Property Damage Liability limit):
- ☐ $25,000
- ☐ $50,000
- ☐ $100,000

☐ I have read the explanation, and I reject Uninsured/Underinsured Motorists Property Damage Coverage.
☐ I have read the explanation, and I accept the Property Damage feature of Uninsured/Underinsured Motorists Coverage, but reject the Bodily Injury feature.

## COVERAGE FOR DAMAGE TO A RENTAL VEHICLE

I do not carry Comprehensive and Collision Coverage, and would like the following coverage:
- ☒ Include Comprehensive and Collision Coverage for damage to a rental vehicle.
- ☐ Include Collision only coverage for damage to a rental vehicle.
- ☐ Include Comprehensive only coverage for damage to a rental vehicle.
- ☐ I reject Comprehensive and Collision Coverage for damage to a rental vehicle.

You and your Spouse/Co-owner (if applicable) must sign below to confirm your coverage selections for Uninsured/Underinsured Motorists Coverage, Uninsured/Underinsured Motorists Property Damage Coverage and Coverage for Damage to a Rental Vehcle.

Sign Here   Your Signature: _Jerry W. Mann_   Date: 4-8-01

Sign Here   Spouse's/Co-owner's Signature (if applicable)   Date
Please be sure you also sign page 8

EXHIBIT 1   PAGE 7 OF 8

## INFORMATION ABOUT YOUR INSURANCE HISTORY

The full name of your current auto insurance company: __Geico__
Expiration Date: __4-4-01__
Are you insured through an Assigned Risk Plan?   Yes ☐   No ☒

END

## SIGNATURE AND EFFECTIVE DATE OF POLICY

Please read and sign:

Yes, please issue my AARP Automobile Policy. I have read this Application and enclosed coverage explanations. I declare that the information recorded in this document was provided by me and that, to the best of my knowledge and belief, all of the foregoing statements are true. I also declare that these statements are offered as an inducement to the company to issue the policy for which I am applying.

**ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND CIVIL PENALTIES.**

Are you or your spouse an AARP Member?

☒ Yes   ☐ No   If yes, Membership Number __030107861__

Make coverage effective at 12:01 AM on __03/31/01__

Note: I understand any information I provide which is false or misleading could affect the acceptance or pricing of my policy.

Sign Here   Your Signature: _Jerry W. Mann_   Date: _4-8-01_

Sign Here   Spouse's/Co-owner's Signature (if applicable)   Date

Please be sure you have also signed page 7.

EXHIBIT __I__   PAGE __8__ OF __8__

Jerry W. Mann, Policy Number: 55PHF569115
PFFUM-54-01 (Ed. 09/00)