Peter J. Maassen, ABA No. 8106032
INGALDSON, MAASSEN & FITZGERALD, P.C.
813 W. 3rd Avenue
Anchorage, AK 99501-2001
Phone:   (907) 258-8750
Fax:     (907) 258-8751
Email:   peter@impc-law.com

Attorneys for defendant,
Hartford Insurance Company of the Midwest

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY MANN,<br><br>            Plaintiff,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST,<br><br>            Defendants. | No. A05-0038 CIV (RRB)<br><br>**DEFENDANT HARTFORD INSURANCE COMPANY'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION TO DEFENDANT** |

COMES NOW defendant, Hartford Insurance Company of the Midwest ("Hartford"), by and through counsel of record, Ingaldson, Maassen, & Fitzgerald, P.C. and submits its responses to Plaintiff's Request for Production to Defendant as follows:

**REQUEST FOR PRODUCTION NO. 1**: Please provide a copy of Hartford's policy manuals, operating procedures manual and claim manual addressing application and evaluation of uninsured/underinsured motorist coverage for the last seven years.

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

RESPONSE: Objection: overbroad with respect to the time period requested and the lack of limitation in geographic scope. Only those manuals and procedures in use while Plaintiff Jerry Mann had a policy with Hartford, and pertaining to Alaska, are conceivably relevant. Subject to this objection, and subject to the Stipulated Confidentiality Order entered December 16, 2005, Hartford produces the documents Bates-stamped IMF 213-227.

REQUEST FOR PRODUCTION NO. 2: Please produce copy of Hartford's manuals/documents, memos addressing uninsured/underinsured motorist coverage in Alaska for the past seven years.

RESPONSE: See Response to Request for Production No. 1, above.

REQUEST FOR PRODUCTION NO. 3: Please produce copies of any and all e-mails, memos, notes and other communication exchanged between Hartford employees regarding the plaintiff Jerry Mann.

RESPONSE: Objection to the extent the Request calls for documents protected by the attorney-client privilege and work-product doctrine. Subject to this objection, Hartford responds that all responsive and unprivileged documents have already been produced.

REQUEST FOR PRODUCTION NO. 4: Please produce a copy of any and all policies or writings from Hartford that support Mr. Patton's affidavit.

RESPONSE: All responsive documents have been produced or are produced with these Responses.

REQUEST FOR PRODUCTION NO. 5: Please produce a copy of any cancellation or restatement notices sent to Mr. Jerry Mann.

RESPONSE: Responsive documents Bates-stamped IMF 301-06

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

MANN V. HARTFORD INSURANCE COMPANY
No. A05-0038 CV (RRB)
FINAL WITNESS LIST OF DEFENDANT HARTFORD INSURANCE COMPANY OF THE MIDWEST
Page 2 of 4

EXHIBIT 2   PAGE 2 OF 4

are produced.

**REQUEST FOR PRODUCTION NO. 6**: Please produce any and all documents utilized to draft Exhibit A to Patton's affidavit including but not limited to AUPL screens.

**RESPONSE**: In addition to those documents already produced, Hartford produces herewith documents Bates-stamped IMF 246-62, 263-92, and 293-300.

**REQUEST FOR PRODUCTION NO. 7**: Please produce a copy of the initial quotation sent to Mr. Jerry Mann and/or received by Mr. Jerry Mann.

**RESPONSE**: No responsive documents exist.

**REQUEST FOR PRODUCTION NO. 8**: Please produce any and all billing, work sheets that Mr. Patton testified about at his deposition.

**RESPONSE**: Hartford produces herewith documents Bates-stamped IMF 293-300.

**REQUEST FOR PRODUCTION NO. 9**: Please produce a copy of definitions, and other documents Mr. Patton had at his deposition.

**RESPONSE**: Subject to the Stipulated Confidentiality Order entered December 16, 2005, Hartford produces herewith documents Bates-stamped IMF 228-45.

**REQUEST FOR PRODUCTION NO. 10**: Please produce any and all documents addressing retention and deletion procedures utilized by Hartford for the past seven years.

**RESPONSE**: Objection: overbroad with respect to subject

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*MANN V. HARTFORD INSURANCE COMPANY*
No. A05-0038 CV (RRB)
FINAL WITNESS LIST OF DEFENDANT HARTFORD INSURANCE COMPANY OF THE MIDWEST
Page 3 of 4

EXHIBIT 2  PAGE 3 OF 4

matter and the time period requested. Subject to this objection, Hartford responds that it has no written retention policies that would have applied to any documents at issue in this case.

**REQUEST FOR PRODUCTION NO. 11**: Please produce a copy of Hartford's master customer service file, applicable to the relevant time period of this lawsuit.

**RESPONSE**: No responsive documents exist.

DATED: Jan. 6, 2006

INGALDSON MAASSEN & FITZGERALD, P.C.
Attorneys for Defendant

By: _____
Peter J. Maassen
ABA No. 8106032

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on __6__ day of January, 2006, a copy of the foregoing was sent to the following via:

[X] U.S. mail, first class, postage prepaid
[X] Hand-delivery
[ ] Fax
[ ] Federal Express

Leonard T. Kelley, Esq.
821 N Street, Suite 206
Anchorage, AK 99501

_____
INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

MANN V. HARTFORD INSURANCE COMPANY
No. A05-0038 CV (RRB)
FINAL WITNESS LIST OF DEFENDANT HARTFORD INSURANCE COMPANY OF THE MIDWEST
Page 4 of 4

EXHIBIT 2 PAGE 4 OF 4