*Alaska Division of Insurance*
*P.O. Box 110805*
*Juneau, AK 99811-0805*
*(907) 465-2515   Fax (907) 465-3422*

## PUBLIC RECORDS REQUEST
**6 AAC 96.300 – 6 AAC 96.360**
(Your request must describe the record in sufficient detail
to allow its identification and location.)

Pursuant to AS 40.25.110, which gives the public the right to inspect the state's public records, please provide me with access to the following records:

1. Hartford Insurance Company of the Midwest's approved Policy of Insurance and Endorsements, UM/UIM Option Coverages, and UM/UIM Waiver (Rejection) Forms from March 1, 2001 to March 1, 2004.

Will your request for information be used in pending or future litigation against the State of Alaska?  ___ Yes  _X_ No   If yes, you must make your request in accordance with the applicable court rules.  6 AAC 96.220

I understand that if I want any copies, the charge is $.25 per copy, plus postage, payable when billed, which may be in advance of my receipt of the copies. I understand I may be charged handling costs if the records have been archived and for personnel costs if the time required to search or copy my request exceeds five person-hours in any calendar month. For a certified copy of records, there is an additional charge of $25.00.

| TO BE COMPLETED BY AGENCY | |
|---|---|
| Acknowledgment | _____ |
| Logged | _____ |
| Assigned to | _____ |
| Due date | _____ |
| Completed | _____ |

Clint E. Miller - paralegal
Name  Kelley & Canterbury, LLC.
821 "N" Street, Suite 206
Anchorage, Alaska   99501
Address
(907) 276-8185
Phone Number

i:/pubrecreq

EXHIBIT __3__  PAGE __1__ OF __1__