IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY MANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HARTFORD INSURANCE | ) |
| COMPANY OF THE MIDWEST, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. A05-0038 CV (RRB) |

### PLAINTIFF'S 1ST SUPPLEMENTAL DISCOVERY

COMES NOW the Plaintiff, Jerry Mann, by and through his counsel of record, Kelley & Canterbury, and hereby supplements his discovery as follows:

Division of Insurance filings.

Dated this 30th day of November, 2005.

_____
Leonard T. Kelley
ABA No. 7605039
Attorney for Plaintiff

*Certificate of Service*
I hereby certify that on November 30, 2005, a true and correct copy of the foregoing and exhibits were sent by messenger to Ingaldson, Maassen & Fitzgerald

BY: _____

Kelley & Canterbury, LLC
821 N Street, Suite 206
Anchorage, AK 99501
(907) 276-8185

EXHIBIT 4  PAGE 1 OF 1