Peter J. Maassen, ABA No. 8106032
INGALDSON, MAASSEN & FITZGERALD, P.C.
813 W. 3rd Avenue
Anchorage, AK  99501-2001
Phone:   (907) 258-8750
Fax:     (907) 258-8751

Attorneys for defendant, Hartford
Insurance Company of the Midwest

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| JERRY MANN, | No. A05-0038 CIV (RRB) |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME** |
| v. | |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, | |
| Defendants. | |

The parties, through counsel, stipulate and agree that Defendant Hartford Insurance Company of the Midwest may have until the close of business on Thursday, March 2, 2006, in which to file its opposition to Plaintiff's Motion and Memorandum Supportive of Excluding Defendant's Evidence and

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Creating Presumptions in Favor of Underinsured Motorist Coverage for Plaintiff Mann.

DATED: February 22, 2006

>s/Peter J. Maassen
>ABA No.  8106032
>INGALDSON, MAASSEN & FITZGERALD, P.C.
>Attorneys for defendant, Hartford Insurance Company of the Midwest
>813 W. 3rd Avenue
>Anchorage, AK  99501
>Phone:   (907) 258-8750
>Fax:     (907) 258-8751
>Email:   peter@impc-law.com

DATED: February 22, 2006

>s/Leonard T. Kelley
>Leonard T. Kelley
>ABA No. 7605039
>KELLEY & CANTERBURY
>Attorneys for plaintiff
>821 N Street, Suite 206
>Anchorage, AK  99501
>Phone:   (907) 376-8185
>Fax:     (907) 279-3829
>Email:   kelleyandkelley@acsalaska.net

**ORDER**

IT IS SO ORDERED.

DATED:   _____

_____
THE HONORABLE TIMOTHY BURGESS
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

*HARTFORD ADV. MANN*
No. A05-0038 CIV (RRB)
STIPULATION FOR EXTENSION OF TIME
Page 2 of 3

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

I hereby certify that on January 6, 2006, a copy of the foregoing DEFENDANT HARTFORD'S COMBINED REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT was served electronically on:

Leonard T. Kelley, Esq.
821 N Street, Suite 206
Anchorage, AK  99501

s/Peter J. Maassen

**INGALDSON,
MAASSEN &
FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*HARTFORD ADV. MANN*
No. A05-0038 CIV (RRB)
STIPULATION FOR EXTENSION OF TIME