Peter J. Maassen, ABA No. 8106032
INGALDSON, MAASSEN & FITZGERALD, P.C.
813 W. 3rd Avenue
Anchorage, AK  99501-2001
Phone:     (907) 258-8750
Fax:       (907) 258-8751
Email:     peter@impc-law.com

Attorneys for defendant, Hartford Insurance Company of the Midwest

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| JERRY MANN, | No. A05-0038 CIV (RRB) |
|---|---|
| Plaintiff, | **"ERRATA" TO STIPULATION FOR EXTENSION OF TIME** |
| v. | |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, | |
| Defendants. | |

The parties filed a Stipulation for Extension of Time for the defendant Hartford Insurance Company of the Midwest to have until the close of business on Thursday, March 2, 2006, in which to file its opposition to Plaintiff's Motion and Memorandum Supportive of Excluding Defendant's Evidence and Creating Presumptions in Favor of Underinsured Motorist

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Coverage for Plaintiff Mann and a proposed order was not filed separately from the stipulation.  Therefore, attached hereto for filing is the parties' Proposed Order regarding the Stipulation of Extension of Time previously filed in this matter.

DATED: February 22, 2006

> s/Peter J. Maassen
> ABA No.   8106032
> INGALDSON, MAASSEN & FITZGERALD, P.C.
> Attorneys for defendant, Hartford Insurance Company of the Midwest
> 813 W. 3rd Avenue
> Anchorage, AK  99501
> Phone:    (907) 258-8750
> Fax:      (907) 258-8751
> Email:    peter@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2006, a copy of the foregoing "ERRATA" TO DEFENDANT HARTFORD'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT  was served electronically on:

Leonard T. Kelley, Esq.
821 N Street, Suite 206
Anchorage, AK  99501

s/Peter J. Maassen

**INGALDSON, MAASSEN & FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751