Peter J. Maassen, ABA No. 8106032
INGALDSON, MAASSEN & FITZGERALD, P.C.
813 W. 3rd Avenue
Anchorage, AK  99501-2001
Phone:    (907) 258-8750
Fax:      (907) 258-8751
Email:    peter@impc-law.com

Attorneys for defendant, Hartford Insurance Company of the Midwest

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY MANN, | No. A05-0038 CIV (RRB) |
| Plaintiff, | **PROPOSED ORDER** |
| v. | |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, | |
| Defendants. | |

IT IS SO ORDERED that the defendant Hartford Insurance Company of the Midwest may have until the close of business on Thursday, March 2, 2006, in which to file its opposition to Plaintiff's Motion and Memorandum Supportive of Excluding Defendant's Evidence and Creating Presumptions in Favor of Underinsured Motorist Coverage for Plaintiff Mann.

DATED:    _____

_____
THE HONORABLE TIMOTHY BURGESS
U.S. DISTRICT COURT JUDGE

**INGALDSON,
MAASSEN &
FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*HARTFORD ADV. MANN*
No. A05-0038 CIV (RRB)
PROPOSED ORDER

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6,
2006, a copy of the foregoing PROPOSED
ORDER was served electronically on:

Leonard T. Kelley, Esq.
821 N Street, Suite 206
Anchorage, AK  99501


s/Peter J. Maassen

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*HARTFORD ADV. MANN*
No. A05-0038 CIV (RRB)
PROPOSED ORDER