Leonard T. Kelley
Kelley & Canterbury, LLC.
821 "N" Street, Suite 206
Anchorage, Alaska  99501
Tel:  (907) 276-8185
Fax:  (907) 279-3829
Email:  kelleyandkelley@acsalaska.net
Attorney for the Plaintiff
Alaska Bar No. 7605039

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY MANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HARTFORD INSURANCE | ) |
| COMPANY OF THE MIDWEST, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. A05-0038 CIV (TMB) |

### THE PARTIES' JOINT STATUS REPORT

COME NOW the plaintiff and defendant, by and through their respective counsel, and hereby submit this Joint Status Report as required by the Court's Order of May 8, 2006 at Docket 42.  The parties submitted a Scheduling and Planning Conference Report on June 10, 2005 at Docket 11.  The Court issued a Scheduling & Planning Order at Docket 12.  This case is a Declaratory Action by Plaintiff Mann.  Discovery has been completed by the parties.  Trial is not anticipated.

The following motions filed by the parties are ripe for this Court's decision:

1. Defendant's Motion for Summary Judgment, Docket 14.

2. Plaintiff's Cross-Motion for Summary Judgment, Docket 18, 20, and 21.

3. Plaintiff's Request for Oral Argument, Docket 22.

    4.   Plaintiff's Motion to Exclude Evidence and Create Presumptions, Docket 33.

Depending on the outcome of the Court's decisions of the foregoing motions and if Underinsured Motorist coverage is declared, Plaintiff's damages may be submitted to an arbitration panel.

Dated this 22nd day of May, 2006.

                    s/ Leonard T. Kelley
                    Kelley & Canterbury, LLC.
                    821 "N" Street, Suite 206
                    Anchorage, Alaska  99501
                    Tel:  (907) 276-8185
                    Fax:  (907) 279-3829
                    Email:  kelleyandkelley@acsalaska.net
                    Alaska Bar No. 7605039


                    s/ Peter J. Maassen
                    Ingaldson, Maassen & Fitzgerald, P.C.
                    813 W. 3rd Avenue
                    Anchorage, Alaska  99501
                    Tel:  (907) 258-8750
                    Fax:  (907) 258-8751
                    Email:  peter@impc-law.com
                    Alaska Bar No. 8106032


*Certificate of Service*
I hereby certify that on 5/22/06, a copy of the foregoing Joint Status Report was served electronically on Peter J. Maassen.

BY: s/ Leonard T. Kelley