IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY MANN,<br><br>    Plaintiff,<br> vs.<br><br>HARTFORD INSURANCE COMPANY<br>OF THE MIDWEST,<br><br>    Defendant. | Case No. 3:05-cv-038-TMB<br><br><br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

\_\_\_ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that this case is **DISMISSED**.

APPROVED:

 /s/ Timothy M. Burgess
 **TIMOTHY M. BURGESS**
  United States District Judge

| May 24, 2006 | IDA ROMACK |
|---|---|
| Date | Clerk |
| | Patricia Demeter |
| | (By) Deputy Clerk |