Leonard T. Kelley
Kelley & Canterbury, LLC.
821 "N" Street, Suite 206
Anchorage, Alaska  99501
Tel:  (907) 276-8185
Fax:  (907) 279-3829

Attorney for the Plaintiff
Alaska Bar No. 7605039

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY MANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HARTFORD INSURANCE | ) |
| COMPANY OF THE MIDWEST, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. A05-00038 CV (TMB) |

**MOTION FOR RECONSIDERATION AND TO AMEND JUDGEMENT, OR, IN THE ALTERNATIVE, MOTION TO CERTIFY TO THE ALASKA SUPREME COURT**

COMES NOW the plaintiff, Jerry Mann, by and through his counsel of record, Kelley & Canterbury, LLC., and hereby moves this Court to reconsider its Order of May 24, 2006 in accordance with Local Rule 59.1 and amend the Judgment pursuant to Fed. R. Civ. P. 59(e), or, in the alternative, certify issues to the Alaska Supreme Court pursuant to Alaska Rule of Appellate Procedure 407.

I.  Disputed facts considered by the Court.

The service notes of the telephone conservations with Hartford and Mann from March 29, 2001 to August 2001 were not preserved by Hartford.  The Court based its order on disputed facts that Mann rejected UIM coverage over the phone which served the basis of the

words "Rejected" placed on the "Your Coverage Selections" form by Hartford, (Order at page 2). We do not know what Mann initially requested Hartford to "plug" into the form for his coverage selections, because the service notes are missing. Therefore, the Plaintiff requests the Court to reconsider its position.

    II.  Facts not considered by the Court.

The Court's Order discussed the forms executed by Mann. However, the Court apparently did not consider the evidence of Hartford's Policy and Procedures Manual. Exhibit 2 to Mann's Reply to Opposition to Cross-Motion for Summary Judgment (filed under seal) contained the Policy and Procedures Manual for Hartford Insurance regarding UM/UIM coverage. Hartford's Policy and Procedures Manual reveals the following:

    1. "The amount selected by phone will be prefilled on the line provided on the application. Insured's are instructed to "X" the appropriate box to <u>approve</u> or <u>change</u> their selections." (underline added) (*see* Exhibit 2, page 2 bate stamped IMF 224).

    2. Hartford was additionally required to document the file if the insured did not complete the instructions or if the insured changed the coverage selection from the prefilled coverage "plugged" by Hartford. In this case, Hartford did not present any evidence that letters were issued to Mann to correct any deficiencies, which would include Mann not "X"ing the appropriate box to approve or change his UM/UIM selection on the application form titled "Change Section."

Mann's Cross-Motion for Summary Judgment should be granted. Mann affirmatively had to "X" the box on the "Change Section" of the application forms to approve or reject UM/UIM coverage per Hartford's Policy and Procedures Manual. In fact, Alaska Statutes 21.89.020(c) and 28.22.201(a)(3) require Mann to reject UM/UIM in clear and express writing.

III.  Certification to the Alaska Supreme Court.

The Court's Order on page 4 states that Alaska Statute 28.22.201(a)(3) "does not delineate what constitutes a 'writing,' nor has the issue been addressed by Alaska courts."  If the United States District Court denies Plaintiff's Motion for Reconsideration and to amend the Judgment, Plaintiff requests that this Court certify the following issues to the Alaska Supreme Court per Alaska Rule of Appellate Procedure 407.  The Alaska Supreme Court should consider:

1.  Whether Hartford's forms comply with Alaska law;

2.  Whether application forms signed by Mann constitute a sufficient rejection of UM/UIM coverage (writing) under Alaska law;

3.  Whether reinstatement and renumbering of Mann's policy are events that required Hartford to re-offer UM/UIM coverage; and

4.  Whether presumption of UIM coverage should be found in favor of Mann and against Hartford.

| | |
|---|---|
| Dated:  June 1, 2006 | /s  Leonard T. Kelley<br>Kelley & Canterbury, LLC.<br>821 "N" Street, Suite 206<br>Anchorage, Alaska  99501<br>Tel:  (907) 276-8185<br>Fax:  (907) 279-3829<br>Email:  kelleyandkelley@acsalaska.net<br>Alaska Bar No. 7605039 |

*Certificate of Service*
I hereby certify that on 6/1/06, a copy of the foregoing and proposed order were served electronically on Peter J. Maassen.

BY: s/ Leonard T. Kelley