**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JERRY MANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HARTFORD INSURANCE | ) |
| COMPANY OF THE MIDWEST, | ) |
| | ) |
| Defendant. | ) |
| _____) | Case No. A05-00038 CV (TMB) |

**PROPOSED ORDER**

Before this Court is Plaintiff's Motion for Reconsideration and to Amend Judgment, or, in the alternative, Motion to Certify to the Alaska Supreme Court. After careful consideration of the parties' briefing, the Court enters the following order:

The Plaintiff's Motion for Reconsideration is GRANTED/DENIED. The Court affirms/reverses its decision that Plaintiff Jerry Mann does not have Underinsured Motorist coverage at the time of the May 13, 2003 motor vehicle collision. The Plaintiff's Motion to Certify to the Alaska Supreme Court is GRANTED/DENIED/MOOT.

Dated this ___ day of _____, 2006.

_____
Hon. Timothy Burgess
U.S. District Court Judge