MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Mann v. Hartford Insurance Company of the Midwest*
Case No. 3:05-cv-038 -TMB

By:            THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Before this Court is Plaintiff's Motion for Reconsideration and to Amend Judgment, or, in the alternative, Motion to Certify to the Alaska Supreme Court. After careful consideration of the briefing, the Plaintiff's motion is denied.

**IT IS THEREFORE ORDERED:**
The motion for reconsideration at **Docket No.46** is **DENIED**, and the alternative motion to certify to the Alaska Supreme Court also is **DENIED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: June 6, 2006