UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
JUL 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

File Number: A05-00038CV (TMB)

| | |
|---|---|
| JERRY MANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF APPEAL |
| ) | |
| HARTFORD INSURANCE ) | |
| COMPANY OF THE MIDWEST, ) | |
| ) | |
| Defendant. ) | |

Notice is hereby given that Jerry Mann, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an Order and Final Judgment entered in this action on May 24, 2006 and from an Order denying Reconsideration and Amending Judgment entered in this action on June 6, 2006.

Dated this 6th day of July, 2006.

KELLEY & CANTERBURY, LLC.
Attorneys for Plaintiff Jerry Mann
821 "N" Street, Suite 206
Anchorage, Alaska 99501
Tel: (907) 276-8185
Fax: (907) 279-3829

By: _____
Leonard T. Kelley, Esq.
Alaska Bar No. 7605039