```
UNITED STATES
DISTRICT COURT
   District of Alaska
   Anchorage Division

# 00128521 - PS
   July 6, 2006


Code    Case #    Qty       Amount

086900-F 05-38             255.00 CK
086400-R 05-38             200.00 CK


TOTAL→                     455.00


FROM: KELLEY & CANTERBURY LLC
      FOR J. MANN
      APPEAL FEE
      3:05-CV-00038 TMB
```