# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

|  |  |
|---|---|
| JERRY MANN,<br>    PLAINTIFF/APPELLANT<br><br>v.<br><br>HARTFORD INSURANCE COMPANY<br>OF THE MIDWEST,<br><br>    DEFENDANT/APPELLEE | Court of Appeals<br>Docket No.<br><br>Docket Number (s) of Court of<br>Appeals Companion and/or cross<br>appeals (if known).<br><br>District Court<br>Docket Number. 3:05-cv-00038-TMB |

# CERTIFICATE OF RECORD

      This certificate is submitted in conformance with Rule 11-2 of the local rules of the U.S. Court of Appeals for the Ninth Circuit. The record on appeal, consisting of the trial transcripts (if any) and the trial court clerk record, is ready for the purposes of the appeal. This record is available in the office of the U.S. District Clerk identified below.

      The documents comprising the trial court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the U.S. District Court docket sheet and should be used for reference purposes in the briefs.

Transcript Dates:  n/a
Copy of Certificate of Record filed in U.S. District Court Date: 7/7/06.

                                            IDA ROMACK
                                            Clerk U.S. District Court
                                            for the District of Alaska.


                                            by: Patty Demeter
                                            Deputy Clerk

{Certif.app Rev. 4/03}