RECEIVED
NOV 0 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

FILED
NOV 0 1 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JERRY MANN,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST,<br><br>Defendant - Appellee. | No. 06-35591<br><br>D.C. No. CV-05-00038-TMB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

On October 4, 2006 and October 30, 2006, telephone conferences were held with Circuit Mediator Lisa J. Evans.

This appeal is selected for inclusion in the Mediation Program. During the time the appeal remains in the Mediation Program, all procedural matters should be brought to the attention of the undersigned.

The court is in receipt of appellant's correspondence dated October 30, 2006, requesting voluntary dismissal of this appeal. The court construes appellant's letter as a motion to dismiss. So construed, the motion is granted and this appeal is dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Lisa J. Evans
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 0 1 2006

by: _____
Deputy Clerk